1  ARMOND MARCARIAN, ESQ. (SBN 213883)
2  Armond@MarcarianLaw.Us
   MARC L. McCULLOCH, ESQ. (SBN 252526)
3  Marc@MarcarianLaw.Us
4  MARCARIAN LAW FIRM
   15260 VENTURA BOULEVARD
5  PENTHOUSE SUITE 2250
6  SHERMAN OAKS, CALIFORNIA 91403
   TELEPHONE: (818) 995-8787
7  FACSIMILE: (818) 995-8817
8
9  Class Counsel and Attorneys for Plaintiffs Demetria Rodriguez, Heshmatollah Nayeri,
   Vahideh Karamian, Parvin Majidian, Samantha Tikotin; and successor in interest to
10 Nova Jimenez, J.A.J, a minor, by and through her guardian Raul Jimenez

11            **UNITED STATES DISTRICT COURT**
12            **CENTRAL DISTRICT OF CALIFORNIA**

13 DEMETRIA RODRIGUEZ, et al.,           ) Case No.: CV 10-3522-VBF (FMOx)
14                                        )
              Plaintiffs,                 ) [Assigned for all purposes to
15                                        ) Honorable Valerie Baker Fairbank]
       vs.                                )
16                                        )
17 NDCHEALTH CORPORATION,                 )
   et al.,                                )
18                                        ) **DECLARATION OF MARC L.**
              Defendants.                 ) **McCULLOCH IN SUPPORT OF**
19                                        ) **STIPULATION PROPOSING**
20                                        ) **SETTLEMENT FUND (CY**
                                          ) **PRES) RECIPIENTS**
21                                        )
22                                        )
23                                        )
24                                        )
25                                        ) Hearing
26                                        )
                                          ) Date:  June 27, 2011
27                                        ) Time:  1:30 pm
28 ─────────────────────────────────     ) Courtroom:  Room 9

I, MARC L. McCULLOCH, declare and state as follows:

1.      I am an attorney duly licensed and admitted to practice law in the State of California, before this Court and before the United States Court of Appeals for the Ninth Circuit.  I am associated with the Marcarian Law Firm, counsel of record for Plaintiffs in the instant case.  Armond Marcarian and I have been appointed Class Counsel for the purposes of settlement in this case. I make this Declaration in support of the Stipulation Proposing Settlement Fund (Cy Pres) Recipients (the "Stipulation").  I have reviewed all documents filed in this matter, and am thoroughly familiar with the entire case file, as I have taken the lead in litigating this case on behalf of the Plaintiffs. Unless otherwise stated, I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently to such facts under oath.

2.      In order to prepare Settlement Fund recipient recommendations ("Proposed Recipients") for the Court, I researched eleven non-profit or charitable organizations and interviewed the responsible executive officer for each.  I then solicited proposals tailored to the objectives of the litigation and the CMIA.  After evaluating the proposals, Class Counsel submitted a list of recommended recipients and allocations to counsel for the Defendants ("Opposing Counsel").  Opposing Counsel submitted a list of recommended recipients to Class Counsel. Counsel for all parties then engaged in an ongoing meet and confer process, during which each side's recommendations were further researched and commented upon.

3.      As a result of the meet and confer process described in paragraph 2 above, agreement was reached as to the list of Proposed

- 1 -

CASE NO.: CV 10-3522-VBF (FMOx): DECLARATION OF MARC L. McCULLOCH ISO
STIPULATION PROPOSING SETTLEMENT FUND (CY PRES) RECIPIENTS

1   Recipients and the proposed allocations offered for the Court's
2   consideration in the Stipulation.

3           4.      Class Counsel believes that the Proposed Recipients and
4   proposed allocations represent a good balance of advocacy, education and
5   patient tools that support the goals of California's Confidentiality of
6   Medical Information Act ("CMIA") and will promote patient and/or
7   medical privacy on behalf of the Class and other California patients.

8           5.      I am informed and believe that the <u>Consumer</u>
9   <u>Federation of California</u> ("CFC") is a key California privacy rights advocate
10  with a full-time presence in Sacramento and that CFC actively monitors
11  proposed legislation and regulations affecting California consumers, taking
12  the lead in coordinating the advocacy efforts of other consumer and privacy
13  rights organizations. I believe that CFC's consistent advocacy on behalf of
14  medical privacy becomes ever more important with the proliferation of
15  huge electronic databases and constantly developing means of transferring
16  sensitive data over expanding networks. I believe that CFC has a proven
17  track record of zealous advocacy on behalf of California's patients and that
18  an award of funds to the CFC more than satisfies the goals of the instant
19  settlement and the public policy underlying the CMIA.  In light of the
20  foregoing, I believe that CFC's funding request in the amount of $710,000
21  will serve the Class and California's patient population at large by allowing
22  CFC to expand and strengthen its efforts to protect medical privacy over the
23  next 3-4 years.  Respectfully, I urge the Court to allocate funds to the CFC
24  pursuant to the Parties' Stipulation. Attached hereto as Exhibit "1" is a true
25  and correct copy of the CFC's Funding Request, including CFC's proposed
26  use of the funds, as well as documents related to CFC's status as a tax
27

28

- 2 -

exempt entity. The CFC's website may be found at:

http://www.consumercal.org.

      6.    I am informed and believe that the Sacramento-based Consumer Federation of California Education Fund ("CFCEF") has conducted research and provided educational programs concerning California consumers' privacy since 2002.  I believe that CFCEF is experienced and well-positioned to carry out its proposed project involving the monitoring of and input to the CalOHII demonstration projects, as described in its proposal.  I further believe that CFCEF's additional proposal to research and report on emerging trends and issues involving patient privacy will provide a valuable service to the Class and the patient population at large. I believe that CFCEF's funding request in the amount of $100,000 will further the goals of the instant settlement and the public policy underlying the CMIA. Respectfully, I urge the Court to allocate funds to the CFCEF pursuant to the Parties' Stipulation. Attached hereto as Exhibit "2" is a true and correct copy of the CFCEF's Funding Request, including CFCEF's proposed use of the funds, as well as documents related to CFCEF's status as a tax exempt entity. The CFCEF's website may be found at: http://www.consumercal.org/article.php?list=type&type=35.

      7.    I am informed and believe that Consumer Watchdog ("CW"), headquartered in Santa Monica, California, is a long-time champion of California consumers, including patient privacy rights.  I believe that CW's most recent work focusing on a variety of privacy issues makes them well-suited to the tasks they propose to undertake, namely updating their California Patients Guide and creating the Californian's Medical Privacy Guide.  Moreover, I believe that CW possesses the expertise to launch a successful, high-profile media campaign to raise the

public's awareness regarding medical privacy and the resources available to them in that regard.  I believe that all the proposed projects represented in CW's $175,000 funding request will further the goals of the instant settlement and the public policy underlying the CMIA. Respectfully, I urge the Court to allocate funds to CW pursuant to the Parties' Stipulation. Attached hereto as Exhibit "3" is a true and correct copy of the CW's Funding Request, including CW's proposed use of the funds, as well as documents related to CW's status as a tax exempt entity. The CW's website may be found at: http://www.consumerwatchdog.org/.

8.      I am informed and believe that Pharmacist Planning Services, Inc. ("PPSI"), a California non-profit organization, is nationally recognized as an effective force for pharmacist and patient advocacy.  I believe that, because PPSI's proposed projects will focus on pharmacist education and awareness of the CMIA as it relates to the patient privacy obligations of the pharmacist, the PPSI projects address the central issue of the instant lawsuit. Moreover, I believe that PPSI's ability to interface efficiently and effectively with California pharmacists makes it ideally suited to disseminate medical privacy materials to California patients and pharmacists alike. I believe that PPSI's funding request in the amount of $145,000, covering a three-year period, will further the goals of the instant settlement and the public policy underlying the CMIA. Respectfully, I urge the Court to allocate funds to PPSI pursuant to the Parties' Stipulation. Attached hereto as Exhibit "4" is a true and correct copy of the PPSI's Funding Request, including PPSI's proposed use of the funds, as well as documents related to PPSI's status as a tax exempt entity. The PPSI's website may be found at: http://www.ppsinc.org/.

1            9.     I am informed and believe that the <u>Privacy Rights</u>

2    <u>Clearinghouse</u> ("PRC"), headquartered in San Diego, California, has been in

3    the vanguard of privacy rights advocacy and education for almost 20 years.

4    I believe that PRC's expertise and recognized leadership as applied to a

5    California-specific medical privacy section of their website, the

6    accompanying hotline, new medical privacy fact sheets and a social media

7    forum on health privacy will serve to significantly enhance the goals of the

8    instant settlement, benefitting the Class and the patient population at large.

9    I believe that PRC's funding request in the amount of $275,000, covering a

10   two-year period, will further the goals of the instant settlement and the

11   public policy underlying the CMIA. Respectfully, I urge the Court to allocate

12   funds to PRC pursuant to the Parties' Stipulation. Attached hereto as

13   Exhibit "5" is a true and correct copy of the PRC's Funding Request,

14   including PRC's proposed use of the funds, as well as documents related to

15   PRC's status as a tax exempt entity. The PRC's website may be found at:

16   http://www.privacyrights.org/.

17           10.    I am informed and believe that the <u>World Privacy Forum</u>

18   ("WPF"), located in San Diego county, is a non-profit, non-partisan public

19   interest research and consumer education organization focused exclusively

20   on privacy.  I believe that WPF's key constituents are Californians and its

21   primary mission is in-depth research and education regarding health care

22   privacy and technology.  I also believe that WPF's proposal to mount a

23   Health Information Exchange ("HIE") clearinghouse is very timely and will

24   provide California patients a much needed resource concerning the

25   structure and impact of the newly-emerging HIEs. I believe that WPF's

26   funding request in the amount of $100,000, covering a two-year period,

27   will further the goals of the instant settlement and the public policy

28

underlying the CMIA. Respectfully, I urge the Court to allocate funds to WPF pursuant to the Parties' Stipulation. Attached hereto as Exhibit "6" is a true and correct copy of the WPF's Funding Request, including WPF's proposed use of the funds, as well as documents related to WPF's status as a tax exempt entity. The WPF's website may be found at: http://www.worldprivacyforum.org/.

11.     I am informed and believe that the Rose Foundation ("RF"), based in Oakland, California, has a 19-year track record as a neutral third party and trustee and is highly experienced in the administration of funds as grants for specific, designated purposes such as the patient or medical privacy purposes of the instant settlement.  I further believe that the RF possesses special expertise in the administration of privacy cy pres funds, having administered over $4.2 million of said funds in privacy-related cy pres grants. I believe that an allocation of $900,000 to the RF will not only further the goals of the instant settlement and the public policy underlying the CMIA, but such allocation will afford the Class and the patient population the flexibility and creative thought that an experienced, neutral, third party administrator can bring to bear as new medical privacy issues emerge. Respectfully, I urge the Court to allocate funds to the RF pursuant to the Parties' Stipulation. Attached hereto as Exhibit "7" is a true and correct copy of the RF's Funding Request, including RF's proposed use of the funds, as well as documents related to RF's status as a tax exempt entity. The RF's website may be found at: http://www.rosefdn.org/.

///

///

///

- 6 -

1    I swear under penalty of perjury under the laws of the State of
2  California and the United States that the foregoing is true and correct.
3  Signed this 20th day of June, 2011, at Woodland Hills, California.

_____
                              Marc L. McCulloch

CASE NO.: CV 10-3522-VBF (FMOX): DECLARATION OF MARC L. MCCULLOCH ISO
STIPULATION PROPOSING SETTLEMENT FUND (CY PRES) RECIPIENTS

## __Exhibit 1__

# PROPOSED CY PRES RECIPIENT FUNDING REQUEST
### *Rodriguez et al. v. NDCHealth Corporation et al.*
#### U.S. District Court, Central District of California, Case No. CV 10-3522-VBF (FMOx)

**1. ORGANIZATION CONTACT INFORMATION:** *(Include name of organization, address, telephone, fax and EIN (do not include any SS#). Also include name of the primary contact person for the application and their email address.)*

Consumer Federation of California
1107 9th Street, Suite 625
Sacramento, CA 95814
(916) 498-9608
Richard Holober, Executive Director
Federal EIN 95-2121200

**2. LIST KEY STAFF WHO WILL BE RESPONSIBLE FOR MANAGING THE FUNDS, IF AWARDED:**

Richard Holober, Executive Director

**3. FUNDING AMOUNT REQUESTED:** *(State the dollar amount requested.)*

$710,000.

**4. SUMMARY DESCRIPTION OF APPLICANT:** *(In 200 words or less, describe applicant's organizational mission, most important accomplishment(s) in the last five years, and constituency served.)*

Consumer Federation of California is a non-profit tax exempt 501(c)4 advocacy and education organization. CFC was founded in 1960. CFC is an affiliate of the Consumer Federation of America. CFC's central purpose is to advocate for pro-consumer laws and regulations. We serve all California consumers. CFC also conducts public education and research projects and offers information and referral assistance to aggrieved consumers.

We work on a broad range of consumer issues. Core issues include privacy rights, false advertising, rights of non-English speaking consumers, elder abuse, prescription drug marketing practices, utility regulation, and regulation of household toxics.

Key accomplishments in recent years include running a website devoted to consumer privacy issues, writing and posting approximately two original articles each week on breaking consumer privacy issues, including medical privacy, and establishing a privacy rights electronic newsletter with legislative updates;  enacting CFC-sponsored SB 657 (Steinberg) in 2010, requiring disclosures of business practices involving human trafficking, defeating four bills introduced in Sacramento to weaken medical records

privacy laws, and halting $500 million in proposed gas and electric utility rate hikes on residential customers. CFC serves all California consumers.

5.  **DESCRIPTION OF PROPOSED PROJECT AND/OR USE OF FUNDS:** *(In 500 words or less, describe what you hope to achieve with this grant, how you will accomplish the work, any deliverables that will be produced, what the most important outcome(s) will be, and how you will measure those outcome(s).)*

Consumer Federation of California proposes that we continue and expand our advocacy and education work on consumer privacy rights, including medical privacy rights. CFC is the only consumer rights organization with a core focus on privacy rights with a full time presence in Sacramento. Each year, we work on several privacy rights legislative issues, including medical privacy.  CFC often plays a lead role in coordinating the advocacy work of other consumer and privacy rights non-profits, and we provide updates on legislative developments to our consumer privacy allies.

Grant funding would enable the Consumer Federation of California to strengthen our work as a privacy rights advocate on state legislation and regulatory proceedings for a three to four year period.  We anticipate that continuing medical privacy issues will include: confidentiality of medical provider and pharmacy prescription drug records to prevent their use for marketing purposes,  regulation of pseudoephedrine purchasing records, privacy of genetic testing records,  patient's right to inspect and correct errors in health records, and an array of privacy issues surrounding implementation of electronic health records.

Grant funding would also enable CFC to continue writing and publishing new articles on our privacy  website, and continue to send newsletter on legislative developments to our privacy allies.

The most important outcome is protecting and improving California privacy laws and regulations, including medical privacy.  We measure these outcomes every year by tracking and reporting to our Board on privacy legislation that we support or oppose, our work on these bills, and the results of our efforts in winning or defeating proposed privacy legislation. We also report to our Board on our work on privacy regulations, including our success in incorporating our privacy proposals into regulations that are adopted.

6.  **DESCRIBE HOW THE APPLICANT'S PROPOSED PROJECT AND/OR USE OF FUNDS WILL PROMOTE PATIENT/MEDICAL PRIVACY IN CALIFORNIA:**
*(200 words or less.)*

Funding will guarantee that a proven consumer rights organization will remain a strong asset for patients who want to protect California's medical privacy laws. Funding will assure that patients have the benefit of our advocacy on emerging privacy issues, including new genetic testing technology, electronic health records, and state implementation of federal health care reform.  Consumer privacy protection is a long-standing core focus of our work. We have stopped special interests from undermining California's medical

privacy laws. CFC is Sacramento-based and uniquely positioned to respond rapidly when attacks on medical privacy are advanced, and that must be addressed immediately. Funding will guarantee that a well-respected and effective consumer advocate continues to defend and strengthen patient privacy at the state capitol.

**7. WHAT IS YOUR ORGANIZATIONAL BUDGET FOR THE CURRENT YEAR?**

$591,015.

**8. ATTACHMENTS:** *(Attach a copy of the following document(s).)*

☐ The organization's tax status determination letter from the I.R.S.

☐ Summary page only (Parts I and II) of the organization's most recently-filed I.R.S. Form 990 (Return of Organization Exempt from Income Tax).

☐ *OPTIONAL.* You may attach up to an additional two (2) pages of material in support of this application.

I certify that the information contained herein and any attachments hereto are true and correct. I further certify that I authorized this application and that, should the requested funds be awarded, the organization is committed to the completion of the projects and/or use of the funds as described herein. I understand that the amount awarded may vary from the amount requested by up to three percent (3%), which will not affect the organization's ability to complete the project(s) as described. I also understand that this application and any attachments hereto may be disclosed to the Court and may become part of the public record.

DATED: June 16, 2011                    _____

                                                    **Applicant's Executive Officer**

                                        Richard Holober_____
                                        *(print or type name of Applicant's Executive Officer)*

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH 45201

DEPARTMENT OF THE TREASURY

Date:

MAY 2 5 2001

CONSUMER FEDERATION OF CALIFORNIA
C/O JIM GORDON PRESIDENT
1228 N STREET SUITE 29
SACRAMENTO, CA 95616-7621

Employer Identification Number:
 95-2121200
DLN:
 601117062
Contact Person:
 NORMA JULES                    ID# 95007
Contact Telephone Number:
 (877) 829-5500
Internal Revenue Code
  Section 501(c)(4)
Accounting Period Ending:
  December 31
Form 990 Required:
  Yes
Addendum Applies:
  NO

Dear Applicant:

    Based on information supplied, and assuming your operations will be as
stated in your application for recognition of exemption, we have determined
you are exempt from Federal income tax under section 501(a) of the Internal
Revenue Code as an organization described in the section indicated above.

    Unless specifically excepted, you are liable for taxes under the Federal
Insurance Contributions Act (social security taxes) for each employee to whom
you pay $100 or more during a calendar year. And, unless excepted, you are
also liable for tax under the Federal Unemployment Tax Act for each employee
to whom you pay $50 or more during a calendar quarter if, during the current
or preceding calendar year, you had one or more employees at any time in each
of 20 calendar weeks or you paid wages of $1,500 or more in any calendar
quarter. If you have any questions about excise, employment, or other Federal
taxes, please address them to this office.

    If your sources of support, or your purposes, character, or method of
operation change, please let us know so we can consider the effect of the
change on your exempt status. In the case of an amendment to your organiza-
tional document or bylaws, please send us a copy of the amended document or
bylaws. Also, you should inform us of all changes in your name or address.

    In the heading of this letter we have indicated whether you must file Form
990, Return of Organization Exempt From Income Tax. If Yes is indicated, you
are required to file Form 990 only if your gross receipts each year are
normally more than $25,000. However, if you receive a Form 990 package in the
mail, please file the return even if you do not exceed the gross receipts test.
If you are not required to file, simply attach the label provided, check the
box in the heading to indicate that your annual gross receipts are normally
$25,000 or less, and sign the return.

    If a return is required, it must be filed by the 15th day of the fifth

                                              Letter 948 (DO/CG)

-2-

CONSUMER FEDERATION OF CALIFORNIA

month after the end of your annual accounting period. A penalty of $20 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $10,000 or 5 percent of your gross receipts for the year, whichever is less. For organizations with gross receipts exceeding $1,000,000 in any year, the penalty is $100 per day per return, unless there is reasonable cause for the delay. The maximum penalty for an organization with gross receipts exceeding $1,000,000 shall not exceed $50,000. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

You are not required to file Federal income tax returns unless you are subject to the tax on unrelated business income under section 511 of the Code. If you are subject to this tax, you must file an income tax return on Form 990-T, Exempt Organization Business Income Tax Return. In this letter we are not determining whether any of your present or proposed activities are unrelated trade or business as defined in section 513 of the Code.

You are required to make your annual information return, Form 990 or Form 990-EZ, available for public inspection for three years after the later of the due date of the return or the date the return is filed. You are also required to make available for public inspection your exemption application, any supporting documents, and your exemption letter. Copies of these documents are also required to be provided to any individual upon written or in person request without charge other than reasonable fees for copying and postage. You may fulfill this requirement by placing these documents on the Internet. Penalties may be imposed for failure to comply with these requirements. Additional information is available in Publication 557, Tax-Exempt Status for Your Organization, or you may call our toll free number shown above.

You need an employer identification number even if you have no employees. If an employer identification number was not entered on your application, a number will be assigned to you and you will be advised of it. Please use that number on all returns you file and in all correspondence with the Internal Revenue Service.

Donors may not deduct contributions to you because you are not an organization described in section 170(c) of the Code. Under section 6113, any fundraising solicitation you make must include an express statement (in a conspicuous and easily recognizable format) that contributions or gifts to you are not deductible as charitable contributions for Federal income tax purposes. This provision does not apply, however, if your annual gross receipts are normally $100,000 or less, or if your solicitations are made to no more than ten persons during a calendar year. The law provides penalties for failure to comply with this requirement, unless failure is due to reasonable cause.

If we have indicated in the heading of this letter that an addendum applies, the enclosed addendum is an integral part of this letter.

Because this letter could help resolve any questions about your exempt

Letter  948 (DO/CG)

-3-

CONSUMER FEDERATION OF CALIFORNIA

status, you should keep it in your permanent records.

    If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

                              Sincerely yours,

                              Steven T. Miller
                              Director, Exempt Organizations

Letter  948 (DO/CG)

Form **990**

OMB No. 1545-0047

**2010**

**Return of Organization Exempt From Income Tax**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code
(except black lung benefit trust or private foundation)

Department of the Treasury
Internal Revenue Service

► The organization may have to use a copy of this return to satisfy state reporting requirements.

**Open to Public Inspection**

**A** For the 2010 calendar year, or tax year beginning _____ , 2010, and ending _____

| **B** Check if applicable: | **C** Name of organization Consumer Federation of California | | **D** Employer Identification Number |
|---|---|---|---|
| | Doing Business As | | 95-2121200 |
| Address change | | | |
| Name change | Number and street (or P.O. box if mail is not delivered to street addr) | Room/suite | **E** Telephone number |
| Initial return | 1107 9TH ST. | 625 | (916) 498-9608 |
| Terminated | City, town or country | State ZIP code + 4 | |
| Amended return | SACRAMENTO | CA 95814 | **G** Gross receipts $ 150,782. |
| Application pending | **F** Name and address of principal officer: | | **H(a)** Is this a group return for affiliates? Yes [X] No |
| | RICHARD HOLOBER 1107 9th St. #625 Sacramento CA 95814 | | **H(b)** Are all affiliates included? Yes No |
| | | | If 'No,' attach a list. (see instructions) |

**I** Tax-exempt status: 501(c)(3) [X] 501(c) ( 4 ) ◄ (insert no.) 4947(a)(1) or 527

**J** Website: ► N/A

**H(c)** Group exemption number ►

**K** Form of organization: [X] Corporation Trust Association Other ►   **L** Year of Formation: 1960   **M** State of legal domicile: CA

## Part I: Summary

1 Briefly describe the organization's mission or most significant activities: CONSUMER ADVOCACY _____

_____

_____

2 Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| 3 Number of voting members of the governing body (Part VI, line 1a) | | **3** | 27 |
| 4 Number of independent voting members of the governing body (Part VI, line 1b) | | **4** | 25 |
| 5 Total number of individuals employed in calendar year 2010 (Part V, line 2a) | | **5** | 6 |
| 6 Total number of volunteers (estimate if necessary) | | **6** | 0 |
| 7a Total unrelated business revenue from Part VIII, column (C), line 12 | | **7a** | 0. |
| b Net unrelated business taxable income from Form 990-T, line 34 | | **7b** | |

| | | **Prior Year** | **Current Year** |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) | 96,962. | 40,381. |
| 9 | Program service revenue (Part VIII, line 2g) | | 86,199. |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 47,706. | 24,202. |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 388,428. | |
| 12 | Total revenue — add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 533,096. | 150,782. |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 339,601. | 377,311. |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | |
| b | Total fundraising expenses (Part IX, column (D), line 25)► 523. | | |
| 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24f) | 199,626. | 190,423. |
| 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 539,227. | 567,734. |
| 19 | Revenue less expenses. Subtract line 18 from line 12 | -6,131. | -416,952. |

| | | **Beginning of Current Year** | **End of Year** |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) | 1,961,496. | 1,573,183. |
| 21 | Total liabilities (Part X, line 26) | 4,250. | 5,000. |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 1,957,246. | 1,568,183. |

## Part II: Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

Signature of officer         Date 03/15/11   6/15/11

RICHARD HOLOBER   EXECUTIVE DIRECTOR
Type or print name and title.

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check [X] if self-employed | PTIN |
|---|---|---|---|---|---|
| | Jerry Newman | Jerry Newman | 06/16/11 | | |
| | Firm's name ► JERRY NEWMAN, CPA | | | | |
| | Firm's address ► 5010 GEARY BLVD. STE. 3 | | | Firm's EIN ► | |
| | SAN FRANCISCO | CA 94118 | | Phone no. (415) 668-5001 | |

May the IRS discuss this return with the preparer shown above? (see instructions) ... [X] Yes No

**BAA For Paperwork Reduction Act Notice, see the separate instructions.**   TEEA0101 03/25/11   Form **990** (2010)



1107 9th Street, Suite 625 • Sacramento, CA 95814 • (916) 498-9608 • mail@consumercal.org

Here is a synopsis of some recent Consumer Federation of California legislative work on patient and/or medical privacy:

## 2010
Consumer Federation of California was instrumental in stopping a planned "gut and amend" in the closing days of the 2010 legislative session, which would have weakened California's Confidentiality of Medical Information Act. This proposed last minute bill was designed to eliminate penalties for breaches of medical records privacy that were deemed not willful or intentional. The bill was never presented in its amended form.

AB 2112 (Monning)
This bill would have prohibited a business from selling or releasing to a 3rd party any physician prescribing data for marketing purposes.  This bill would have established penalties of at least $10,000 but not more than $50,000 for any person that knowingly fails to comply with the provisions of this bill.
**CFC Position – Support.**  CFC had several meetings with Assembly Member Monning to assist him in developing this bill.  The bill was held in Assembly Health Committee.

## 2009
SB 238 (Calderon).
This bill would have allowed a pharmacy to mail prescription drug reminder notices to a patient without the patient's authorization.  This bill was sponsored by Adheris, Inc. which is a marketing agent for brand name drug companies. Adheris places advertisements of drug manufacturers' products in the reminder notices they provide for pharmacies to mail to patients who have a prescription for a generic version of a drug.
**CFC Position – Oppose.** CFC built opposition to the bill and convinced the author to drop the bill before it was heard in committee.

SB 482 (Padilla)
This bill was sponsored by 23&Me, a leading genetic testing corporation. It would have created an inadequate regulatory framework for clinical laboratory processing of consumer biological specimens.  The bill lacked consumer privacy safeguards against inappropriate release of confidential genetic information.
**CFC Position – Oppose.** CFC issued a consumer coalition alert opposing SB 482 and convinced the author to drop the bill.

## 2008
SB 1096 (Calderon)
This bill would have amended the Confidentiality of Medical Information Act to authorize a pharmacy to mail written communications to a patient without the patient's authorization.  This bill was sponsored by Adheris, Inc.
**CFC Position – Oppose.** The bill was defeated.

SB 843 (Calderon)
This bill would have allowed a pharmacy to mail specified written communications to a patient, without the patient's authorization, provided the patient may opt out of receiving those communications.
**CFC Position – Oppose.** CFC worked against the bill. The author dropped the bill before it was heard in committee.

1

SB 1415 (Kuehl)
This bill would have required health care providers who create patient records to provide a disclosure statement regarding the patient's right to inspect and obtain copies of his or her medical records.
**CFC Position – Support.** The governor vetoed this bill.

## 2007

AB 1298 (Jones)
This new law expanded coverage of Confidentiality of Medical Information Act to include businesses that maintain medical records, and expanded California's security breach notification law to include unauthorized exposure of medical or health insurance records.
**CFC Position – Support.** The bill was signed into law.

## 2006

AB 2364 (De la Torre). This bill was a last minute "gut and amend" which would have lowered the restrictions against the use of patients' medical information for "marketing" by establishing that a written communication given to a patient during a face-to-face interaction with a pharmacist or pharmacy personnel at the time a prescription drug is being dispensed does not constitute "marketing". This bill was sponsored by Catalina Health Resource, a corporation that markets pharmaceutical drugs. It provides pharmacists with informational handouts that would be distributed in these patient meetings. These materials are thinly veiled advertisements for brand name drug manufacturers, and are provided to patients receiving generic drugs.
**CFC Position – Oppose.** The bill was withdrawn by the author after CFC vigorously opposed it.

## 2004

SB 1451 (Figueroa)
This bill would have made any individual or business, regardless of their location in the US or elsewhere, that processes medical records, subject to civil damages under California law for a violation of our state's Medical Records Confidentiality Act. This legislation was introduced in response to a threat by a medical transcriber in Pakistan to publicize on a website personally identifiable records of UCSF hospital patients.
**CFC Position – Support.** The bill was vetoed.

SB 1492 (Dunn)
In response to this threatened exposure of confidential hospital patient records by an overseas transcriber, this bill that would have prohibited offshore processing of medical and other records subject to California privacy laws.
**CFC Position – Support.** The bill was vetoed.

## 2003

AB 262 (Chan).
This bill would have prohibited pharmacists from selling physician prescribing data to a data broker without the physician's permission. The purpose of the bill was to restrict a practice of IMS, a multinational data aggregator. This company sells physician prescription data to pharmaceutical manufacturers. In turn these manufacturers provide this data to their sales personnel, who target their visits to physicians identified as prescribing rival drug makers' products.
**CFC Position – Support.** The bill died in Conference Committee.

AB 715 (Chan)
This law limits the use and disclosure of patients' medical information. It prohibits remunerated communication, but exempts various communications to health plan enrollees that are needed to inform them of their benefits and plan procedures, and exempts various treatment-related communications, so long as those communications are not remunerated. It exempts remunerated "disease management" communications for seriously debilitating or life-threatening conditions, so long as the patient is given the opportunity to "opt out" of those communications.
**CFC Position – Support.** The bill was signed into law.

2

**Exhibit 2**

# PROPOSED CY PRES RECIPIENT FUNDING REQUEST

### *Rodriguez et al. v. NDCHealth Corporation et al.*

U.S. District Court, Central District of California, Case No. CV 10-3522-VBF (FMOx)

**1. ORGANIZATION CONTACT INFORMATION:** *(Include name of organization, address, telephone, fax and EIN (do not include any SS#).  Also include name of the primary contact person for the application and their email address.)*

> Consumer Federation of California Education Foundation
> 1107 9th Street, Suite 625
> Sacramento, CA 95814
> (916) 498-9608
> Richard Holober, Director
> Federal EIN 68-0448052

**2. LIST KEY STAFF WHO WILL BE RESPONSIBLE FOR MANAGING THE FUNDS, IF AWARDED:**

> Richard Holober, Director

**3. FUNDING AMOUNT REQUESTED:** *(State the dollar amount requested.)*

> $100,000.

**4. SUMMARY DESCRIPTION OF APPLICANT:** *(In 200 words or less, describe applicant's organizational mission, most important accomplishment(s) in the last five years, and constituency served.)*

> Consumer Federation of California Education Foundation is a 501 (c)(3) tax-exempt organization, founded in 1999 by the Consumer Federation of California. Its mission is to conduct research, promote educational programs in the field of consumer rights, and to represent consumers in administrative proceedings.
>
> The CFC Education Foundation has worked on consumer privacy issues since 2002, including research on financial privacy that contributed to the public policy debate at the time that state lawmakers were enacting a landmark financial privacy law. The CFC Education Foundation received funding to create a privacy website which keeps consumer advocates informed about current privacy rights news and policy debates. This function has been moved to the Consumer Federation of California.
>
> Other recent accomplishments of the CFC Education Foundation include developing informational materials about the potential pitfalls of reverse mortgagees, and running an

outreach program that substantially increased low income Bay Area residents' participation in the state's Low Cost Auto Insurance program.

**5.  DESCRIPTION OF PROPOSED PROJECT AND/OR USE OF FUNDS:** *(In 500 words or less, describe what you hope to achieve with this grant, how you will accomplish the work, any deliverables that will be produced, what the most important outcome(s) will be, and how you will measure those outcome(s).)*

We propose conducting education and research on one specific policy area and on other medical privacy issues.

1) Electronic health records.  We would monitor and providing consumer input to the California Office of Health Information Integrity (CalOHII).  CalOHII has received federal funding to develop electronic health records demonstration projects. CalOHII guidelines require the agency to work collaboratively with stakeholders, including consumers, in establishing electronic records systems that are secure and that protect patient privacy. CalOHII goals include enhancing consumer trust in the integrity of these electronic records.  Privacy groups have raised concerns that CalOHII is not adequately incorporating the input of consumer advocates.

CFC Education Foundation would monitor these demonstration projects to determine the adequacy of privacy and security safeguards, CalOHII's receptivity to consumer and privacy advocates' participation in the development of these systems, and its success in enhancing the level of patient trust in electronic health records.  We would research the implementation of electronic health records in other states, seeking examples of best privacy practices to recommend to California policy makers. We would provide comments and testimony in the rule making process, contact consumer and privacy advocates to seek their recommendations for privacy safeguards, contact security experts to get industry perspectives on this subject, and report to opinion leaders and the press on the extent of privacy controls incorporated into the electronic health record demonstration projects.

The deliverables are reports on the CalOHII demonstration projects that we would issue to opinion leaders and the public. These reports would describe the success or failure of the projects to incorporate adequate privacy safeguards. The desired outcome would be for our monitoring of, and our input to, CalOHII, would achieve a substantial emphasis on privacy and security in implementation of electronic health records. We would measure the outcomes by interviewing and surveying privacy experts and other stakeholders on the success or failure of the demonstration projects to protect patient privacy.

2) Other patient privacy research and education.  CFC Education Foundation would conduct research and education on other emerging patient privacy issues. These issues may include: the new consumer genetic testing industry, which raises privacy concerns about potential improper use by employers, insurers and others; and marketing to consumers of prescription drugs based on confidential pharmacy or medical provider records.  CFC Education Foundation proposes that we interview patient and privacy rights advocates to identify which privacy issues are likely to emerge in public policy debates over the coming years, and based on that feedback develop background materials and

position papers including recommendations for practices that maximize patient privacy in these areas.

The deliverables are written reports, including background materials, position papers, and policy recommendations for privacy protection in emerging patient privacy issue areas. The desired outcome would be for industry and public policy makers to incorporate our recommendation into voluntary practices or regulations. We would measure our success by reviewing and reporting on the status of changes in industry privacy practices or regulations in the areas that we researched.

**6. DESCRIBE HOW THE APPLICANT'S PROPOSED PROJECT AND/OR USE OF FUNDS WILL PROMOTE PATIENT/MEDICAL PRIVACY IN CALIFORNIA:**
*(200 words or less.)*

1) By offering comments to CalOHII, by monitoring its work, and by reporting to opinion leaders and the public on our findings, Consumer Federation of California Education Foundation will help assure that patient privacy protection is adequately incorporated as the agency implements electronic health record demonstration projects. This will promote a system of electronic medical records that maximizes privacy, security and patient confidence in the integrity of the records. This benefits all California patients as electronic record keeping becomes a requirement under federal law.

2) By surveying patient and privacy advocates to identify emerging medical issues, and by developing background research, position papers and privacy policy recommendations in these issue areas, CFC Education Foundation will serve all California patients in making sure that new technologies and industry practices include strong privacy safeguards.

**7. WHAT IS YOUR ORGANIZATIONAL BUDGET FOR THE CURRENT YEAR?**

$160,145.

**8. ATTACHMENTS:** *(Attach a copy of the following document(s).)*

☐ The organization's tax status determination letter from the I.R.S.

☐ Summary page only (Parts I and II) of the organization's most recently-filed I.R.S. Form 990 (Return of Organization Exempt from Income Tax).

☐ *OPTIONAL.* You may attach up to an additional two (2) pages of material in support of this application.

I certify that the information contained herein and any attachments hereto are true and correct.  I further certify that I authorized this application and that,

should the requested funds be awarded, the organization is committed to the completion of the projects and/or use of the funds as described herein.  I understand that the amount awarded may vary from the amount requested by up to three percent (3%), which will not affect the organization's ability to complete the project(s) as described. I also understand that this application and any attachments hereto may be disclosed to the Court and may become part of the public record.

DATED: June 16, 2011            _____
                                            Applicant's Executive Officer


                                Richard Holober_____
                                *(print or type name of Applicant's Executive Officer)*

INTERNAL REVENUE SERVICE                          DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201


Date: JUL 1 2 2004                      Employer Identification Number:
                                         68-0448052
                                        DLN:
                                         17053066708094
CONSUMER FEDERATION OF CALIFORNIA       Contact Person:
 EDUCATION FUND                          CASEY A SUTFIELD          ID# 31474
PO BOX 1340                             Contact Telephone Number:
MILLBRAE, CA  94030-0000                 (877) 829-5500
                                        Public Charity Status:
                                         170(b)(1)(A)(vi)


Dear Applicant:

Our letter dated May 24, 2001, stated you would be exempt from Federal
income tax under section 501(c)(3) of the Internal Revenue Code, and you would
be treated as a public charity, rather than as a private foundation, during
an advance ruling period.

Based on the information you submitted, you are classified as a public charity
under the Code section listed in the heading of this letter.  Since your
exempt status was not under consideration, you continue to be classified as
an organization exempt from Federal income tax under section 501(c)(3) of the
Code.

Publication 557, Tax-Exempt Status for Your Organization, provides detailed
information about your rights and responsibilities as an exempt organization.
You may request a copy by calling the toll-free number for forms,
(800) 829-3676.  Information is also available on our Internet Web Site at
www.irs.gov.

If you have general questions about exempt organizations, please call our
toll-free number shown in the heading between 8:00 a.m. - 6:30 p.m. Eastern
time.

Please keep this letter in your permanent records.

                            Sincerely yours,


                            Lois G. Lerner
                            Director, Exempt Organizations
                            Rulings and Agreements


                                                  Letter 1050 (DO/CG)

Form **990**

OMB No. 1545-0047

**2010**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code
(except black lung benefit trust or private foundation)

Department of the Treasury
Internal Revenue Service

► The organization may have to use a copy of this return to satisfy state reporting requirements.

**Open to Public Inspection**

**A** For the 2010 calendar year, or tax year beginning _____, 2010, and ending _____

| **B** Check if applicable: | **C** Name of organization Consumer Federation of California Education Foundation | **D** Employer Identification Number |
|---|---|---|
| ☐ Address change | Doing Business As | 68-0448052 |
| ☐ Name change | Number and street (or P.O. box if mail is not delivered to street addr) Room/suite | **E** Telephone number |
| ☐ Initial return | 1107 9th St. 625 | (916) 498-9608 |
| ☐ Terminated | City, town or country   State   ZIP code + 4 | |
| ☐ Amended return | Sacramento   CA   95814 | **G** Gross receipts $ 240,263. |
| ☐ Application pending | **F** Name and address of principal officer: | **H(a)** Is this a group return for affiliates? ☐ Yes ☒ No |
| | Richard Holober 1107 9TH ST #625 SACRAMENTO CA 94814 | **H(b)** Are all affiliates included? ☐ Yes ☐ No |
| | | If 'No,' attach a list. (see instructions) |

**I** Tax-exempt status ☒ 501(c)(3)   ☐ 501(c) ( )◄ (insert no.)   ☐ 4947(a)(1) or ☐ 527

**H(c)** Group exemption number ►

**J** Website: ► N/A

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other► **L** Year of Formation: 1999 **M** State of legal domicile: CA

### Part I    Summary

1 Briefly describe the organization's mission or most significant activities: EDUCATION FOUNDATION PROMOTING CONSUMER AWARENESS. ADVANCING CONSUMER PROTECTION THROUGH EDUCATION AND RESEARCH.

2 Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| 3 Number of voting members of the governing body (Part VI, line 1a) | | **3** | 9 |
| 4 Number of independent voting members of the governing body (Part VI, line 1b) | | **4** | 7 |
| 5 Total number of individuals employed in calendar year 2010 (Part V, line 2a) | | **5** | 0 |
| 6 Total number of volunteers (estimate if necessary) | | **6** | 2 |
| 7a Total unrelated business revenue from Part VIII, column (C), line 12 | | **7a** | 0. |
| b Net unrelated business taxable income from Form 990-T, line 34 | | **7b** | |

| | | **Prior Year** | **Current Year** |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) | 27,297. | 237,790. |
| 9 | Program service revenue (Part VIII, line 2g) | 59,958. | |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 8. | |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 626. | 2,473. |
| 12 | Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 87,889. | 240,263. |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | | |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | |
| b | Total fundraising expenses (Part IX, column (D), line 25)► 0. | | |
| 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24f) | 79,640. | 67,184. |
| 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 79,640. | 67,184. |
| 19 | Revenue less expenses. Subtract line 18 from line 12 | 8,249. | 173,079. |

| | | **Beginning of Current Year** | **End of Year** |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) | 36,783. | 212,833. |
| 21 | Total liabilities (Part X, line 26) | 0. | 0. |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 36,783. | 212,833. |

### Part II    Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ► Signature of officer | 06/14/11 Date |
|---|---|---|
| | ► Richard Holober | DIRECTOR |
| | Type or print name and title. | |

| | Print/Type preparer's name | Preparer's signature | Date | | | |
|---|---|---|---|---|---|---|
| Paid Preparer Use Only | Jerry Newman | Jerry Newman | 06/16/11 | Check ☒ if self-employed | PTIN |
| | Firm's name ► JERRY NEWMAN, CPA | | | Firm's EIN ► | |
| | Firm's address ► 5010 GEARY BLVD. STE. 3 | | | | |
| | SAN FRANCISCO   CA   94118 | | | Phone no. (415) 668-5001 | |

May the IRS discuss this return with the preparer shown above? (see instructions) ☒ Yes ☐ No

**BAA** For Paperwork Reduction Act Notice, see the separate instructions.   TEEA0101 03/25/11   Form **990** (2010)

**Exhibit 3**

# PROPOSED CY PRES RECIPIENT FUNDING REQUEST
### *Rodriguez et al. v. NDCHealth Corporation et al.*
U.S. District Court, Central District of California, Case No. CV 10-3522-VBF (FMOx)

1. **ORGANIZATION CONTACT INFORMATION:** *(Include name of organization, address, telephone, fax and EIN (do not include any SS#). Also include name of the primary contact person for the application and their email address.)*

> Consumer Watchdog
> 1750 Ocean Park Boulevard Ste 200
> Santa Monica, CA 90405
> (310) 392-0522
> Fax (310) 392-8874
> EIN: 95-3993720
> Jamie Court, President (ext 327)
> jamie@consumerwatchdog.org

2. **LIST KEY STAFF WHO WILL BE RESPONSIBLE FOR MANAGING THE FUNDS, IF AWARDED:**

> Jamie Court, President; Doug Heller, Executive Director

3. **FUNDING AMOUNT REQUESTED:** *(State the dollar amount requested.)*

> $175,000

4. **SUMMARY DESCRIPTION OF APPLICANT:** *(In 200 words or less, describe applicant's organizational mission, most important accomplishment(s) in the last five years, and constituency served.)*

> Consumer Watchdog is a nonprofit, nonpartisan California consumer group that has led successful, high profile public education and advocacy efforts to protect the rights of patients, insurance policyholders, and consumers since 1985.
>
> During the last five years, Consumer Watchdog's major accomplishments have included exposing health insurance industry abuses that were ultimately banned by federal health care reform; saving California policyholders hundreds of millions of dollars using Proposition 103's intervention system to roll back insurance rates; improving major online privacy practices at Google; working with the California Department of Insurance to stop major health insurance rate increases; and expanding medical privacy laws that have lagged behind the rapid expansion of health information online.

In the area of online privacy, Consumer Watchdog has been at the forefront of a "Do Not Track Online" movement that has educated consumers about the need for control over their private information online, including medical information, and has won the support of the Federal Trade Commission and three of the four major Internet browsers.

Consumer Watchdog has also created a low cost Rx prescription program in the City of Los Angeles called LARx and established across California a first-of-its-kind low cost auto insurance program.

**5. DESCRIPTION OF PROPOSED PROJECT AND/OR USE OF FUNDS:** *(In 500 words or less, describe what you hope to achieve with this grant, how you will accomplish the work, any deliverables that will be produced, what the most important outcome(s) will be, and how you will measure those outcome(s).)*

Consumer Watchdog currently seeks funding to make Californians more aware of their medical privacy rights and the need to exert them through the type of innovative public education campaigns that we specialize in, particularly high profile media advocacy. Our consumer group will also serve as a resource for the consumers who suffer privacy problems and reach out to us.

Consumer Watchdog engaged in an innovative project with California government agencies to prepare, publish and disseminate the only in-depth patients' rights guide for California patients, including a chapter on the confidentiality of medical information. The California Patients Guide is now in need of updating and republication, including updated information on medical privacy laws. The proposed funds would make that possible. Between 2001 and 2003, in partnership with California governmental agencies, Consumer Watchdog (then known as the Foundation for Taxpayer and Consumer Rights) distributed over 250,000 bounds copies of the California Patients Guide, the free legal guide to patients' rights and remedies under California's patient protection laws. The guide is also available online at http://www.calpatientguide.org The chapter on the privacy of medical information can be viewed at http://www.calpatientguide.org/iii.html

The funds would also allow Consumer Watchdog to create, publish, disseminate and market a separate smaller guide -- The Californian's Medical Privacy Guide – and simple "how to" online videos explaining the California Medical Information Act and protections available under it.

Consumer Watchdog's expertise in media advocacy has drawn hundreds of thousands of viewers to similar public education videos the organization has created in the area of online privacy more generally, including one online video with more than 400,000 views.

The grant would also allow Consumer Watchdog to launch a high profile media campaign to make consumers aware of their medical privacy rights and of the existence the guides.

The organization would then offer research and support to those who find us. In addition to helping consumers directly, Consumer Watchdog will present information we receive about common consumer problems to regulators, legislators and the media.

Consumer Watchdog has advocated the need to retain and strengthen patient privacy laws that have lagged behind the rapid expansion of health information online. At the same time that federal funding has rapidly expanded the shift from paper to electronic medical records, the collection of consumer data online for marketing and other purposes has exploded. Consumers, opinion leaders and policymakers need to understand online medical privacy issues better and have a dialogue about ways to improve them. Towards this end, Consumer Watchdog highlighted the need for stronger patient privacy protections at our December conference at the National Press Club in Washington, DC, "The Future of Online Consumer Protections." The requested *cy pres* award would make possible a similar convening in Sacramento about the state of our online medical privacy to better educate the public, opinion leaders and policymakers.

## 6. DESCRIBE HOW THE APPLICANT'S PROPOSED PROJECT AND/OR USE OF FUNDS WILL PROMOTE PATIENT/MEDICAL PRIVACY IN CALIFORNIA:
*(200 words or less.)*

Consumer Watchdog's proposed project will increase the awareness of California consumers, opinion leaders, public officials and policymakers about patient problems with medical privacy and the state of the laws that protect medical privacy. The public education efforts, videos and patient rights guides will empower consumers who have had their privacy rights violated to take action and to better protect their medical information. The outreach in this public education campaign will also cause patients who have suffered medical privacy violations to connect with Consumer Watchdog. The platform we will provide will raise these consumers' issues up in the court of public opinion and create solutions that enhance patients' privacy.

Consumer Watchdog will serve as a resource for patients who have had their medical privacy violated and will work with those patients to both offer them help and expose the problems that they encounter. Our staff will look for patterns of problems with medical privacy violations and present those systemic problems to the media, policymakers, regulators and law enforcement officials. We will work with these entities to address common medical privacy problems and to enhance privacy protections.

## 7. WHAT IS YOUR ORGANIZATIONAL BUDGET FOR THE CURRENT YEAR?

$2.8 million

## 8. ATTACHMENTS: *(Attach a copy of the following document(s).)*

☐       The organization's tax status determination letter from the I.R.S.

☐       Summary page only (Parts I and II) of the organization's most recently-filed I.R.S. Form 990 (Return of Organization Exempt from Income Tax).

☐       *OPTIONAL*. You may attach up to an additional two (2) pages of material in support of       this application.

I certify that the information contained herein and any attachments hereto are true and correct.  I further certify that I authorized this application and that, should the requested funds be awarded, the organization is committed to the completion of the projects and/or use of the funds as described herein.  I understand that the amount awarded may vary from the amount requested by up to three percent (3%), which will not affect the organization's ability to complete the project(s) as described. I also understand that this application and any attachments hereto may be disclosed to the Court and may become part of the public record.

DATED:   6 / 6 / 11

_____
Applicant's Executive Officer

*Janic Court, President*

_____
*(print or type name of Applicant's Executive Officer)*

**Internal Revenue Service**
P.O. Box 2508
Cincinnati, OH  45201

**Department of the Treasury**

**Date:**    APR 2 5 2008

CONSUMER WATCHDOG
1750 OCEAN PARK BLVD - STE 200
SANTA MONICA        CA        90405-4938

**Person to Contact:**
   Vaida Singleton
   ID# 31-03018
**Toll Free Telephone Number:**
   877-829-5500
**Employer Identification Number:**
   95-3993720

Dear Sir or Madam:

This is in response to the amendments to your organization's Articles of Incorporation filed with the state on January 18, 2008.  We have updated our records to reflect the name change from THE FOUNDATION FOR TAXPAYER AND CONSUMER RIGHTS to **CONSUMER WATCHDOG**,  as indicated above.

Our records indicate that a determination letter was issued in August 1988 that recognized you as exempt from Federal income tax.  Our records further indicate that you are currently exempt under section 501(c)(3) of the Internal Revenue Code.

Our records also indicate you are not a private foundation within the meaning of section 509(a) of the Code because you are described in section 509(a)(1) and 170(b)(1)(A)(vi).

Donors may deduct contributions to you as provided in section 170 of the Code.  Bequests, legacies, devises, transfers, or gifts to you or for your use are deductible for federal estate and gift tax purposes if they meet the applicable provisions of sections 2055, 2106, and 2522 of the Code.

If you have any questions, please call us at the telephone number shown in the heading of this letter.

Sincerely,

Cindy Westcott
Manager, Exempt Organizations
Determinations

Form **990**

Department of the Treasury
Internal Revenue Service

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code
(except black lung benefit trust or private foundation)

► The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No 1545-0047

**2009**

**Open to Public Inspection**

**A** For the 2009 calendar year, or tax year beginning _____ , 2009, and ending _____

| **B** Check if applicable | **C** | **D** Employer Identification Number |
|---|---|---|
| ☐ Address change | Please use IRS label or print or type. See specific Instructions. | 95-3993720 |
| ☐ Name change | CONSUMER WATCHDOG 1750 OCEAN PARK BLVD #200 SANTA MONICA, CA 90405 | **E** Telephone number |
| ☐ Initial return | | 310-392-0522 |
| ☐ Termination | | |
| ☐ Amended return | | **G** Gross receipts $ 4,834,783. |
| ☐ Application pending | **F** Name and address of principal officer JAMIE COURT SAME AS C ABOVE | **H(a)** Is this a group return for affiliates? ☐ Yes ☒ No |
| | | **H(b)** Are all affiliates included? ☐ Yes ☐ No If 'No,' attach a list (see instructions) |

**I** Tax-exempt status ☒ 501(c) ( 3 ) ◄ (insert no ) ☐ 4947(a)(1) or ☐ 527

**J** Website: ► WWW.CONSUMERWATCHDOG.ORG

**H(c)** Group exemption number ►

**K** Form of organization ☒ Corporation ☐ Trust ☐ Association ☐ Other ►   **L** Year of Formation 1985   **M** State of legal domicile CA

### Part I   Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities ___TO CONDUCT EDUCATIONAL AND RESEARCH___ _ACTIVITIES AND LITIGATION ON CONSUMER AND PUBLIC INTEREST ISSUES INCLUDING,_ _WITHOUT LIMITATION, ISSUES AFFECTING CONSUMER PROTECTION AND GOVERNMENT REFORM,_ _AND TO MAKE SAID RESEARCH AVAILABLE TO THE PUBLIC._

2 Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its assets

| | | |
|---|---|---|
| 3 Number of voting members of the governing body (Part VI, line 1a) | **3** | 5 |
| 4 Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 4 |
| 5 Total number of employees (Part V, line 2a) | **5** | 13 |
| 6 Total number of volunteers (estimate if necessary) | **6** | 20 |
| 7a Total gross unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0. |
| b Net unrelated business taxable income from Form 990-T, line 34 | **7b** | 0. |

**Revenue**

| | **Prior Year** | **Current Year** |
|---|---|---|
| 8 Contributions and grants (Part VIII, line 1h) | 1,455,921. | 1,951,807. |
| 9 Program service revenue (Part VIII, line 2g) | 1,318,559. | 2,714,266. |
| 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 69,651. | 69,810. |
| 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | -25,136. | -19,724. |
| 12 Total revenue — add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 2,818,995. | 4,716,159. |

**Expenses**

| | | |
|---|---|---|
| 13 Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | 275,000. |
| 14 Benefits paid to or for members (Part IX, column (A), line 4) | | |
| 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 1,066,207. | 1,180,083. |
| 16a Professional fundraising fees (Part IX, column (A), line 11e) | | |
| b Total fundraising expenses (Part IX, column (D), line 25) ► 126,237. | | |
| 17 Other expenses (Part IX, column (A), lines 11a-11d, 11f-24f) | 1,628,694. | 2,207,067. |
| 18 Total expenses Add lines 13-17 (must equal Part IX, column (A), line 25) | 2,694,901. | 3,662,150. |
| 19 Revenue less expenses Subtract line 18 from line 12 | 124,094. | 1,054,009. |

**Net Assets or Fund Balances**

| | **Beginning of Year** | **End of Year** |
|---|---|---|
| 20 Total assets (Part X, line 16) | 3,883,722. | 5,014,727. |
| 21 Total liabilities (Part X, line 26) | 70,333. | 150,671. |
| 22 Net assets or fund balances Subtract line 21 from line 20 | 3,813,389. | 4,864,056. |

### Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

**Sign Here**

► _[signature]_   Date ► 11/15/10

Signature of officer

► _____
Type or print name and title

**Paid Preparer's Use Only**

| Preparer's signature ► _[signature]_ | Date 11/12/10 | Check if self-employed ☐ | Preparer's identifying number (see instructions) |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP + 4 ► RBZ LLP 11755 WILSHIRE BLVD NINTH FL LOS ANGELES, CA 90025-1540 | | EIN ► | Phone no ► (310) 478-4148 |

May the IRS discuss this return with the preparer shown above? (see instructions) ☐ Yes ☒ No

BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.    TEEA0113L  12/29/09    Form **990** (2009)

RECEIVED

IRS-OSC

OGDEN, UT

**Exhibit 4**

# PROPOSED CY PRES RECIPIENT FUNDING REQUEST
## *Rodriguez et al. v. NDCHealth Corporation et al.*
U.S. District Court, Central District of California, Case No. CV 10-3522-VBF (FMOx)

**1. ORGANIZATION CONTACT INFORMATION:** *(Include name of organization, address, telephone, fax and EIN (do not include any SS#).  Also include name of the primary contact person for the application and their email address.)*

> Pharmacists Planning Service, Inc. (PPSI)
> 101 Lucas Valley Road, Suite 386
> San Rafael, California 94903
> Tel: (415) 479-8628
> Fax: (415) 479-8608
> EIN: 23-7360313
> Contact: Fred Mayer, RPh, MPH
> E-mail: ppsi@aol.com

**2. LIST KEY STAFF WHO WILL BE RESPONSIBLE FOR MANAGING THE FUNDS, IF AWARDED:**

> Fred Mayer, RPh, MPH

**3. FUNDING AMOUNT REQUESTED:** *(State the dollar amount requested.)*

> $145,000

**4. SUMMARY DESCRIPTION OF APPLICANT:** *(In 200 words or less, describe applicant's organizational mission, most important accomplishment(s) in the last five years, and constituency served.)*

> PPSI is a 501(c)3 non-profit organization with a focus on California issues and a nationwide reach.  President Fred Mayer is a registered pharmacist with a masters degree in public health.  Our organization includes several hundred pharmacists of national stature in academia, in research, in hospital and community pharmacy.  PPSI has led the charge in dozens of medical care issues like: Smoking Cessation, Error Reduction, Patient Compliance Issues, Prescription Labeling, Specific Medication Issues like acetaminophen dangers and cholesterol reduction.  We have conducted hundreds of educational conference programs.  PPSI is action oriented.  PPSI is a nationally recognized and an effective force for

pharmacist and patient advocacy.

Fred Mayer is on the editorial board of Drug Topic magazine, the pharmacy profession's leading periodical; he is Education Director of California Pharmacists Association (CPhA); and he is a board member of the Academy of Employee Pharmacists (AEP).  Mr. Mayer was also the past president of California Public Health Association (CPHA). These formal and many informal relationships and memberships accord PPSI access to an unmatched variety of entities involved in healthcare delivery.

PPSI is one of the pharmacy profession's leading forces in pioneering evolutionary changes, solutions, knowledge and tools that promote a level of pharmaceutical care, type of health care system and health education that meets the medical needs of the consumer.

**5.  DESCRIPTION OF PROPOSED PROJECT AND/OR USE OF FUNDS:** *(In 500 words or less, describe what you hope to achieve with this grant, how you will accomplish the work, any deliverables that will be produced, what the most important outcome(s) will be, and how you will measure those outcome(s).)*

1.  Put together a website specifically for information for healthcare providers, especially pharmacists, regarding the California Confidentiality of Medical Information Act (CMIA).  Work with other cy pres funding recipients.

2.  A state-wide mailing in 2012 to all 5,300 independent, community, chain, SNF pharmacies licensed by the California Board of Pharmacy regarding the CMIA (CA Civ. Code Sections 56 et seq), with basic understanding of the CMIA

3. The above mailing would be similar to the National and State of California HIPAA mailing which PPSI has previously disseminated in conjunction with CMS/HIPAA.

4.  This mailing would consist of a cover letter along with basic information which would be taken from the CMIA and approved by a committee of experts involved in CMIA.

5.  An education and awareness campaign would be held as a two hour live education breakfast program with the California Pharmacists Association's  (CPhA) Academy of Employee Pharmacists (AEP), February 2-5, 2012 in Sacramento, California during CPhA's annual Outlook '12 meeting.

6  Also during Outlook '12 (February 2-5, 2012), PPSI would purchase a

booth with CPhA's Academy of Pharmacy Owners (APO) to disseminate information on oversight of CMIA and the issues involved in confidentiality to educate the 1,500 participants.

7.  In 2013 and 2014 repeat an education and awareness campaign which would be held as a two hour live education breakfast program with the California Pharmacists Association's (CPhA) Academy of Employee Pharmacists (AEP), February 2-5, 2012 in Sacramento, California during CPhA's annual Outlook '12 meeting.

8.  Research, travel, overhead, copying, secretarial, planning, printing, designing, meetings, faxing, administering program

9.  PPSI will partner with the other cy pres recipients in developing a brochure and information packet for consumers and patients for 5,000 California pharmacy outlets to educate patients on medical confidentiality. These brochures would be available at pharmacy counters for patients to obtain when they pick up their prescription drugs:  Develop brochure, meetings, printing, mailing, administrative costs

## 6.  DESCRIBE HOW THE APPLICANT'S PROPOSED PROJECT AND/OR USE OF FUNDS WILL PROMOTE PATIENT/MEDICAL PRIVACY IN CALIFORNIA:
*(200 words or less.)*

Patient/medical privacy must be a primary affirmation in all health care delivery mechanisms.  In this age of almost universal digitalization, protection of privacy will be imbedded in all of the protocols and requirements in the proposed pilot projects.  Concepts established in these pilot projects may well be adapted for widespread adaptation.

## 7.  WHAT IS YOUR ORGANIZATIONAL BUDGET FOR THE CURRENT YEAR?

$95,000

## 8.  ATTACHMENTS: *(Attach a copy of the following document(s).)*

☑ The organization's tax status determination letter from the I.R.S.

☑ Summary page only (Parts I and II) of the organization's most recently-filed I.R.S. Form 990 (Return of Organization Exempt from Income Tax).

☑ *OPTIONAL.* You may attach up to an additional two (2) pages of material in support of this application.

I certify that the information contained herein and any attachments hereto are true and correct. I further certify that I authorized this application and that, should the requested funds be awarded, the organization is committed to the completion of the projects and/or use of the funds as described herein. I understand that the amount awarded may vary from the amount requested by up to three percent (3%), which will not affect the organization's ability to complete the project(s) as described. I also understand that this application and any attachments hereto may be disclosed to the Court and may become part of the public record.

DATED: _June 16, 2011_

_____
Applicant's Executive Officer

FRED S. MAYER
_____
*(print or type name of Applicant's Executive Officer)*

Internal Revenue Service

Date:   October 19, 2005

Department of the Treasury
P. O. Box 2508
Cincinnati, OH  45201

PHARMACISTS PLANNING SERVICES INC
1053 LEA DR
SAN RAFAEL          CA 94903-3700

Person to Contact:
   Jamie Bowling 31-08346
   Customer Service Representative
Toll Free Telephone Number:
   877-829-5500
Fax Number:
   513-263-3756
Federal Identification Number:
   23-7360313

Dear Sir or Madam:

This is in response to your request of October 19, 2005, regarding your organization's tax-exempt status.

In June 1977 we issued a determination letter that recognized your organization as exempt from federal income tax.  Our records indicate that your organization is currently exempt under section 501(c)(3) of the Internal Revenue Code.

Our records indicate that your organization is also classified as a public charity under section 509(a)(2) of the Internal Revenue Code.

Our records indicate that contributions to your organization are deductible under section 170 of the Code, and that you are qualified to receive tax deductible bequests, devises, transfers or gifts under section 2055, 2106 or 2522 of the Internal Revenue Code.

If you have any questions, please call us at the telephone number shown in the heading of this letter.

Sincerely,

*Janna K. Skufca*

Janna K. Skufca, Director, TE/GE
Customer Account Services

Form **990**

Department of the Treasury
Internal Revenue Service

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047

**2009**

Open to Public Inspection

**A** For the 2009 calendar year, or tax year beginning _____ and ending _____

| B Check if applicable: | C Name of organization | D Employer identification number |
|---|---|---|
| ☐ Address change | Please use IRS label or print or type. See Specific Instructions. | PHARMACISTS' PLANNING SERVICE, INC. | |
| ☐ Name change | | Doing Business As | 23-7360313 |
| ☐ Initial return | | Number and street (or P.O. box if mail is not delivered to street address)  Room/suite | E Telephone number |
| ☐ Termin-ated | | 1053 LEA DRIVE | (415)479-2904 |
| ☐ Amended return | | City or town, state or country, and ZIP + 4 | G Gross receipts $ 61,527. |
| ☐ Applica-tion pending | | SAN RAFAEL, CA  94903 | |

**F** Name and address of principal officer: FREDERICK S. MAYER
SAME AS C ABOVE

H(a) Is this a group return for affiliates? ☐ Yes ☒ No
H(b) Are all affiliates included? ☐ Yes ☐ No
If "No," attach a list. (see instructions)

**I** Tax-exempt status: ☒ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ▶ PPSINC.ORG

H(c) Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1974 | **M** State of legal domicile: CA

### Part I  Summary

| | | |
|---|---|---|
| **Activities & Governance** | 1 Briefly describe the organization's mission or most significant activities: PPS, INC. IS A PUBLIC HEALTH EDUCATION ORGANIZATION, PARTICIPATING IN AND CO-OPERATING WITH THE | |
| | 2 Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | |
| | 3 Number of voting members of the governing body (Part VI, line 1a) | **3** 4 |
| | 4 Number of independent voting members of the governing body (Part VI, line 1b) | **4** 3 |
| | 5 Total number of employees (Part V, line 2a) | **5** 4 |
| | 6 Total number of volunteers (estimate if necessary) | **6** 0 |
| | 7a Total gross unrelated business revenue from Part VIII, column (C), line 12 | **7a** 0. |
| | b Net unrelated business taxable income from Form 990-T, line 34 | **7b** 0. |

| | | Prior Year | Current Year |
|---|---|---|---|
| **Revenue** | 8 Contributions and grants (Part VIII, line 1h) | 51,295. | 41,025. |
| | 9 Program service revenue (Part VIII, line 2g) | 51,153. | 20,499. |
| | 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 98. | 3. |
| | 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 60. | |
| | 12 Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 102,606. | 61,527. |

| | | | |
|---|---|---|---|
| **Expenses** | 13 Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | |
| | 14 Benefits paid to or for members (Part IX, column (A), line 4) | | |
| | 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 67,247. | 28,337. |
| | 16a Professional fundraising fees (Part IX, column (A), line 11e) | | |
| | b Total fundraising expenses (Part IX, column (D), line 25) ▶ 6,741. | | |
| | 17 Other expenses (Part IX, column (A), lines 11a-11d, 11f-24f) | 48,672. | 38,328. |
| | 18 Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 115,919. | 66,665. |
| | 19 Revenue less expenses. Subtract line 18 from line 12 | <13,313.> | <5,138.> |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **Net Assets or Fund Balances** | 20 Total assets (Part X, line 16) | 17,808. | 12,873. |
| | 21 Total liabilities (Part X, line 26) | 1,355. | 1,559. |
| | 22 Net assets or fund balances. Subtract line 21 from line 20 | 16,453. | 11,314. |

### Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ▶ Signature of officer | Date |
|---|---|---|
| | ▶ FREDERICK S. MAYER, PRESIDENT | |
| | Type or print name and title | |

| Paid Preparer's Use Only | Preparer's signature ▶ Mev Wong CPA | Date 11/15/2010 | Check if self-employed ▶ ☐ | Preparer's identifying number (see instructions) |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP + 4 | LINDQUIST, VON HUSEN & JOYCE LLP  90 NEW MONTGOMERY STREET, 11TH FLOOR  SAN FRANCISCO, CA 94105 | EIN ▶ | |
| | | | Phone no. ▶ (415) 957-9999 | |

May the IRS discuss this return with the preparer shown above? (see instructions) ☐ Yes ☐ No

SEE SCHEDULE O FOR ORGANIZATION MISSION STATEMENT CONTINUATION

# PPSI's VISION

## PPSI's CORE PURPOSE

To promote the art and science of pharmacy and the betterment of public health; and to ensure that the evolutionary changes of the art and science of pharmacy occur with patient care as the paramount driving force.

## PPSI's CORE VALUES

- Leadership: the stewards of pharmacy, caring advocates for patients, the profession and members
- Excellence in all we do: the highest quality service, education, and information
- Integrity and ethical behavior: the basis for trust in all our relationships and actions

## PPSI's OBJECTIVES

With projects, programs and activities, PPSI will strive to be:

- A leader in obtaining, synthesizing, integrating, and disseminating information on health and pharmaceutical care;
- An acknowledged leader in setting standards for pharmacy ethics, practice, and education;
- An authoritative voice and influential advocate for standards of practice that result in the effective and safe delivery of pharmaceutical care by the pharmacist on duty;
- An authoritative voice and influential advocate for pharmacists and their patients; and
- A consumer-oriented, fiscally sound organization that provides health education to members, consumers and public health professionals.

## PPSI's ENVISIONED FUTURE

PPSI is one of the pharmacy profession's leading forces in pioneering evolutionary changes, solutions, knowledge and tools that promote a level of pharmaceutical care, type of health care system and health education that meets the medical needs of the consumer.

*Adopted by the Advisory Board of PPSI, November 24, 1997*

**Exhibit 5**

# PROPOSED CY PRES RECIPIENT FUNDING REQUEST
## *Rodriguez et al. v. NDCHealth Corporation et al.*
U.S. District Court, Central District of California, Case No. CV 10-3522-VBF (FMOx)

1. **ORGANIZATION CONTACT INFORMATION:** *(Include name of organization, address, telephone, fax and EIN (do not include any SS#). Also include name of the primary contact person for the application and their email address.)*

| | |
|---|---|
| **Privacy Rights Clearinghouse**<br>3100 5th Ave., Suite B<br>San Diego, CA 92103<br>Phone: 619-298-3396<br>Fax: 619-298-5681 | **Primary Contact**: Beth Givens, Director<br>    **Email**: bethg@privacyrights.org<br>**EIN** of parent organization, UCAN:<br>    33-0002313   (UCAN is 501c3 nonprofit)<br>(PRC has been independent program of<br>    UCAN since 1996. UCAN is fiscal sponsor--<br>    Utility Consumers' Action Network) |

2. **LIST KEY STAFF WHO WILL BE RESPONSIBLE FOR MANAGING THE FUNDS, IF AWARDED:**

Beth Givens, Director and Founder, Privacy Rights Clearinghouse

3. **FUNDING AMOUNT REQUESTED:** *(State the dollar amount requested.)*

$275,000 over a 2-year period

4. **SUMMARY DESCRIPTION OF APPLICANT:** *(In 200 words or less, describe applicant's organizational mission, most important accomplishment(s) in the last five years, and constituency served.)*

The PRC, established in 1992, has a two-part mission—consumer education and advocacy. We serve U.S. consumers, with a focus on Californians, and our website offers 50+ guides containing comprehensive information on consumers' rights plus practical tips on safeguarding privacy. Topics include medical privacy, identity theft, Internet, employment screening, credit reporting, mobile communications, financial information, and others. For several topics, our website appears in top spots in search engine queries.

The PRC's medical privacy guides were among the first, dating back to 1993. When HIPAA was implemented in 2003, the PRC published a consumer guide that includes California-specific information.

The PRC offers a ―hotline‖ by which individuals may contact us via phone or online with questions and comments. This direct interaction guides our work and enables us to provide feedback to policymakers, industry, and other privacy and consumer groups.

Recent accomplishments:
- Hosted and organized conference of U.S. privacy advocates, 2009.
- Re-designed website to increase usability, 2009.
- Active social networking presence.
- Our Chronology of Data Breaches was converted to searchable database in 2010.
- Director Givens received the 2010 U.S. Privacy Champion Award from EPIC as well as Consumer Federation of America's 2010 Consumer Services Award.

**5. DESCRIPTION OF PROPOSED PROJECT AND/OR USE OF FUNDS:** *(In 500 words or less, describe what you hope to achieve with this grant, how you will accomplish the work, any deliverables that will be produced, what the most important outcome(s) will be, and how you will measure those outcome(s).)*

We will add a California-specific health privacy section to our website that will greatly expand on information we currently provide. The site will allow easy search for the answers to specific questions and will be written in layperson language. Our ―hotline‖ feature will enable users to ask questions the site does not answer.

Topics include:

- Health information exchanges
- Employee wellness and employee assistance programs
- CA medical privacy rights – checklist, and comparison with federal rule
- Pharmacy benefits managers (PBMs) and other pharmacy-related privacy topics.
- Privacy and security of medical information in <u>non-HIPAA</u> type settings. Such guides might include:
  - o Workers' comp
  - o OSHA
  - o Life, disability insurance (non-HIPAA insurance)
  - o MediCal
- PHRs (Personal Health Records), another non-HIPAA topic.
- Employee privacy provisions incorporated into the labor laws or other laws regarding what an employer can do or not with employee medical information.
- Direct-to-consumer (DTC) genetic tests and general genetics privacy issues.

The deliverables are new Fact Sheets, or new sections in existing Fact Sheets on the topics listed above.

In addition to the website, we intend to harness the power of social media to reach a larger number of California consumers and facilitate discussion. In a related development (not part of this proposal), we are currently building an online complaint tool that will contain a ―forum‖ capability. Given the significant interest in medical

privacy issues, we expect the discussion on our new tool to be lively and engaged.

With these expanded resources we anticipate a significant increase in both calls and e-mail messages from individuals with questions and concerns.  To enable the PRC to effectively respond and serve these individuals, we will add a part-time staff member. As needed we will also obtain research and writing assistance from experts on a contract basis to supplement our own efforts.

Our success in meeting the objectives of this project will derive from our ability to communicate the availability of the new online resources. We will use our email list, "alert" function, and social media outlets to publicize the availability of these new resources.

The major outcomes that we expect over the two-year course of this project include:

- A significant expansion of California medical privacy-related information on the PRC website.
- Expanded use of social media and our new online complaint tool (expected in late 2011) to engage consumers in discussions of health-related privacy issues in which they have concerns;
- And, the identification of such issues to share with key stakeholders in California.

The projected outcomes for the project can be measured at the close of two-years as follows:

- Determine the number of new guides and web pages added to the web site for this project.
- Record the number of users per month of these pages, and growth from month to month.
- Record the number of individuals who participate via social media (although it's difficult to know to what extent this content will have spurred such growth).

## 6.   DESCRIBE HOW THE APPLICANT'S PROPOSED PROJECT AND/OR USE OF FUNDS WILL PROMOTE PATIENT/MEDICAL PRIVACY IN CALIFORNIA:
*(200 words or less.)*

This project will promote California patients' medical privacy by providing them with high quality, accurate, and readable information about a variety of California-specific medical privacy topics. We go to great lengths to make sure our materials are accurate and useful. Our quality control process, including the use of subject experts to review our written materials, will be no different for this project.

When individuals have questions, they often use a search engine to seek answers. With the expansion of our California-specific medical privacy resources online, and utilizing search engine optimization strategies to the extent possible, we expect that such searches will lead

individuals to our materials

With the expansion of our use of social media, we expect that interested individuals will find and benefit from our materials online. Experts have indicated that social media will eventually bypass search engines as the means by which individuals find the information they seek online.

With our direct contact with individuals via our hotline and use of social media, we will be able to monitor trends and concerns. This will enable us to fine-tune the content of the materials we develop to make sure they address individuals' needs.

**7. WHAT IS YOUR ORGANIZATIONAL BUDGET FOR THE CURRENT YEAR?**

$376,000 (calendar year 2011)

**8. ATTACHMENTS:** *(Attach a copy of the following document(s).)*

☐ The organization's tax status determination letter from the I.R.S.

☐ Summary page only (Parts I and II) of **the organization's most recent**ly-filed I.R.S. Form 990 (Return of Organization Exempt from Income Tax).

☐ *OPTIONAL.* You may attach up to an additional two (2) pages of material in support of this application.

<span style="color:red">**NOTE 1:  We have attached 2 additional pages:**</span>
<span style="color:red">**1.  Comments from our website's "Praise" page.**</span>
<span style="color:red">**2.  A list of the PRC's Fact Sheets**</span>

I certify that the information contained herein and any attachments hereto are true and correct.  I further certify that I authorized this application and that, should the requested funds be awarded, the organization is committed to the completion of the projects and/or use of the funds as described herein.  I understand that the amount awarded may vary from the amount requested by up to three percent (3%), which will **not affect the organization's ability to complete the project(s) as described.** I also understand that this application and any attachments hereto may be disclosed to the Court and may become part of the public record.

<span style="color:red">**NOTE 2:  The signature sheet is attached as a scanned image on the next page. The IRS 990 form and IRS nonprofit status letter are also attached at the end of this document.**</span>

DATED: June 16, 2011                    _____
                                                        Applicant's Executive Officer

                                        _____
                                        *(print or type name of Applicant's Executive Officer)*

                                        _____

                                        Director, Privacy Rights Clearinghouse

                                        _____
                                        *(print or type name of Applicant's Director)*

**8. ATTACHMENTS:** *(Attach a copy of the following document(s).)*

☐ The organization's tax status determination letter from the I.R.S.

☐ Summary page only (Parts I and II) of the organization's most recently-filed I.R.S. Form 990 (Return of Organization Exempt from Income Tax).

☐ *OPTIONAL.* You may attach up to an additional two (2) pages of material in support of this application.

I certify that the information contained herein and any attachments hereto are true and correct. I further certify that I authorized this application and that, should the requested funds be awarded, the organization is committed to the completion of the projects and/or use of the funds as described herein. I understand that the amount awarded may vary from the amount requested by up to three percent (3%), which will not affect the organization's ability to complete the project(s) as described. I also understand that this application and any attachments hereto may be disclosed to the Court and may become part of the public record.

DATED: 6-16-11

_____
Applicant's Executive Officer

Robert Ames  COO
*(print or type name of Applicant's Executive Officer)*

_____
Director, Privacy Rights Clearinghouse

Beth Givens
*(print or type name of Applicant's Director)*

**Comments from the PRC's "Praise" page** -- http://www.privacyrights.org/praise.htm

One of the most rewarding aspects of our work is hearing from individuals who we have assisted. Here is a sampling of such feedback:

- I greatly appreciate what you do. Thanks to your site and the information there, I have been able to remove my info from 99 percent of all the data brokers out there, which has helped protect my privacy a little bit more. (04/18/2011)

- I've been using Chronology of Data Breaches to check for other large breaches from 2005 to Epsilon. It's a wonderful, valuable tool. Thanks for maintaining it. (4/7/2011))

- Thanks so much for letting me know about credit reports and debt reporting! That information helps a lot and thanks for the links! I really appreciate it! (01/26/2011)

- Your privacyrights.org info on background checks is amazing. Thanks so much for providing all the info in such a succinct format. (9/29/2010)

- I would just like to give you all a very large thank you and am very grateful for your very timely responses and extent of help and information you have provided. It's nice to know that there are people and sites out there that provide this help on your site and also on a personal level with e-mails such as this. (8/23/2010)

- Over the fifteen or more years I've known about your organization I have always promoted you as THE organization to check out when dealing with anything related to privacy. (from a consumer educator, 4/7/2010)

- I just want to thank you for [your data breaches web page]. Awareness is the first step in helping people realize how vulnerable they are, so they can take steps to ensure privacy better. ... I'm a lady whose life was literally destroyed by a stalker who accessed information such as the data breaches contain. I'm also a participant in an Address Confidentiality Program. (2/14/09)

- I have made your website a favorite on my computer. ... I feel more secure knowing my rights [about debt collection law]. I have shared the information on your site with friends and relatives in this same situation. It seems the worse the economy gets the more vicious the collection agencies get. (02/02/2009)

- Just a quick note to say 'hi' and thank you for the wonderful site you and your team have developed. I'm a security and compliance engineer and promote your site with clients and our team when possible. It's a great resource for us in the field and look forward to additional information being added this year. Thanks for making this available to us out in the field trying to protect identities and key assets. (7/9/06)

- I teach financial management classes for the military and I talk about ID Theft. Thanks for these awesome resources. (3/13/06)

**Privacy Rights Clearinghouse Fact Sheets**

1. Privacy Survival Guide

1(a). Privacy Basics and Opt-Out Strategies

2. Wireless Communications: Voice and Data Privacy

3. How to Put an End to Harassing Phone Calls

4. Junk Mail: How Did They All Get My Address?

5. Telemarketing: How to Have a Quiet Evening at Home

6. How Private Is My Credit Report?

6a. FACTA, the Fair and Accurate Credit Transactions Act: Consumers Win Some, Lose Some

7. Employee Monitoring: Is There Privacy in the Workplace?

8. How Private Is My Medical Information?

8a. HIPAA Basics: Medical Privacy in the Electronic Age

9. Wiretapping and Eavesdropping: Is There Cause for Concern?

10. My Social Security Number: How Secure Is It?

11. From Cradle to Grave: Government Records and Your Privacy

12. A Checklist of Responsible Information-Handling Practices

14. Are You Being Stalked? Tips For Protection

14(a). Security Recommendation for Stalking Victims

14(b). Personal Safety Tips from a Long-Time Stalking Victim

15. Paying By Credit Card or Check: What Can Merchants Ask? (California Only)

15(a). Merchant Wallet Card (California Only)

16. Employment Background Checks: A Jobseeker's Guide

16(a). Employment Background Checks in California: New Focus on Accuracy

16(b). Employment Background Checks: A Guide for Small Business Owners

16(c). Background Checks for Volunteers: What are the Rules?

17. Coping with Identity Theft: Reducing the Risk of Fraud

17(a). ID Theft: What to Do if It Happens to You

17(g). Criminal Identity Theft

18. Privacy in Cyberspace: Rules of the Road for the Information Superhighway

19. Caller ID and My Privacy: What Do I Need to Know?

20. Anti-Spam Resources: Halting the Junk E-Mail Juggernaut

21. Children's Privacy and Safety on the Internet: A Resource Guide for Parents

22. Electricity and Your Privacy: Deregulation in California

23. E-Commerce and You: Online Shopping Tips

24. Protecting Financial Privacy in the New Millennium: The Burden Is on You

24(a). Financial Privacy: How to Read Your Opt-Out Notices

24(b). Take the Cloze Test: Readability of a Financial Privacy Policy

24(c). How to Shop for Financial Privacy

24(d). Frequently Asked Questions about Financial Privacy

24(e). Is Your Financial Information Safe?

25. Online Job Seeker Web Sites: Tips to Safeguard Your Privacy

25(a). Avoiding Online Job Scams: Critical Tips for Job Seekers

26. CLUE and You: How Insurers Size You Up

27. Debt Collection Practices: When Hardball Tactics Go Too Far

28. Online Privacy for Nonprofits: How to Protect Members' Privacy and Personal Information

29. Privacy in Education: Guide for Parents and Adult-Age Students

30. Check 21: Paperless Banking

31. Consumer Identification Programs for Financial Transactions

32. Paper or Plastic: What Have You Got to Lose?

33. Identity Theft Monitoring Services

34. Protecting Your Telephone Records

35. Social Networking Privacy: How to be Safe, Secure and Social

**Internal Revenue Service**

District
Director

Department of the Treasury

EP/EO Customer Service MS 7043
300 North Los Angeles Street, Room 4310
Los Angeles, CA 90012

Person to Contact: L. Barragan

Telephone Number: 213-894-2336

Utility Consumers
Action Network
1717 Kettner Blvd., Suite 105
San Diego, CA 92101

Refer Reply to: EO (04) 97

Date: April 11, 1997

EIN: 33-0002313

Dear Taxpayer:

   This letter is in response to your request for a copy of the determination letter for the above named organization.

   Our records indicate this organization was recognized to be exempt from Federal Income Tax in December 1984 as described in Internal Revenue Code Section 501(c)(3). It is further classified as an organization that is not a private foundation as defined in Section 509(a) of the Code, because it is an organization described in Section 170(b)(1)(A)(vi).

   The exempt status for the determination letter issued in December 1984 continues to be effect.

   If you need further assistance, please contact our office at the above address or telephone number.

                              Sincerely,

                              L. Barragan

                              Disclosure Assistant

454385943/80 12/14/2010 1:57 PM

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation) | **2009** |
| Department of the Treasury Internal Revenue Service | ▶ The organization may have to use a copy of this return to satisfy state reporting requirements. | **Open to Public Inspection** |

**A** For the 2009 calendar year, or tax year beginning **07/01/09** , and ending **06/30/10**

| B Check if applicable: | C Name of organization | D Employer identification number |
|---|---|---|
| ☐ Address change | **UTILITIES CONSUMERS ACTION NETWORK** | **33-0002313** |
| ☐ Name change | Doing Business As | |
| ☐ Initial return | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | E Telephone number |
| ☐ Termination | **3100 FIFTH AVENUE** | | **619-696-6966** |
| ☐ Amended return | City or town, state or country, and ZIP + 4 | | G Gross receipts $ 2,986,386 |
| ☐ Application pending | **SAN DIEGO        CA   92103** | | |

F Name and address of principal officer:

H(a) Is this a group return for affiliates? ☐ Yes ☒ No
H(b) Are all affiliates included? ☐ Yes ☐ No
If "No," attach a list. (see instructions)

**I** Tax-exempt status:  ☒ 501(c) ( **3** ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527
**J** Website: ▶ **N/A**

H(c) Group exemption number ▶

**K** Type of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶  **L** Year of formation: **1983**  **M** State of legal domicile: **CA**

## Part I   Summary

| | | |
|---|---|---|
| Activities & Governance | 1 Briefly describe the organization's mission or most significant activities: **TO PROVIDE INFORMATION TO SAN DIEGO CONSUMERS CONCERNING REGULATORY MATTERS AND REPRESENTING THEIR VIEWPOINTS TOWARD REGULATORY BODIES AND PROCEEDINGS** | |
| | 2 Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | |
| | 3 Number of voting members of the governing body (Part VI, line 1a) | 3 | 7 |
| | 4 Number of independent voting members of the governing body (Part VI, line 1b) | 4 | |
| | 5 Total number of employees (Part V, line 2a) | 5 | 7 |
| | 6 Total number of volunteers (estimate if necessary) | 6 | |
| | 7a Total gross unrelated business revenue from Part VIII, column (C), line 12 | 7a | |
| | b Net unrelated business taxable income from Form 990-T, line 34 | 7b | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | 8 Contributions and grants (Part VIII, line 1h) | 23,931 | 8,732 |
| | 9 Program service revenue (Part VIII, line 2g) | 147,776 | 1,631,818 |
| | 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | -74,981 | 46,490 |
| | 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 1,162,109 | 1,299,346 |
| | 12 Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1,258,835 | 2,986,386 |
| Expenses | 13 Grants and similar amounts paid (Part IX, column (A), lines 1–3) | | |
| | 14 Benefits paid to or for members (Part IX, column (A), line 4) | | |
| | 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 735,184 | 888,106 |
| | 16a Professional fundraising fees (Part IX, column (A), line 11e) | | |
| | b Total fundraising expenses (Part IX, column (D), line 25) ▶        74,196 | | |
| | 17 Other expenses (Part IX, column (A), lines 11a–11d, 11f–24f) | 564,868 | 795,286 |
| | 18 Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 1,300,052 | 1,683,392 |
| | 19 Revenue less expenses. Subtract line 18 from line 12 | -41,217 | 1,302,994 |

| Net Assets or Fund Balances | | Beginning of Current Year | End of Year |
|---|---|---|---|
| | 20 Total assets (Part X, line 16) | 2,005,688 | 3,304,665 |
| | 21 Total liabilities (Part X, line 26) | 7,031 | 3,014 |
| | 22 Net assets or fund balances. Subtract line 21 from line 20 | 1,998,657 | 3,301,651 |

## Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

Signature of officer                                              Date **12/30/10**

**MICHAEL SHAMES                    DIRECTOR**
Type or print name and title

| Paid Preparer's Use Only | Preparer's signature **Gregory V. Villard** | Date **12/14/10** | Check if self-employed ☒ | Preparer's identifying number (see instructions) **P00355455** |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP + 4 ▶ **Gregory V. Villard, CPA** **7777 Alvarado Rd Ste 702** **La Mesa, CA  91942** | | EIN ▶ | Phone no. ▶ **619-589-5472** |

May the IRS discuss this return with the preparer shown above? (see instructions)        ☐ Yes ☐ No

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.                Form **990** (2009)
DAA

**Exhibit 6**

# PROPOSED CY PRES RECIPIENT FUNDING REQUEST
### *Rodriguez et al. v. NDCHealth Corporation et al.*
U.S. District Court, Central District of California, Case No. CV 10-3522-VBF (FMOx)

**1. ORGANIZATION CONTACT INFORMATION:** *(Include name of organization, address, telephone, fax and EIN (do not include any SS#). Also include name of the primary contact person for the application and their email address.)*

> World Privacy Forum
> 2033 San Elijo Avenue, #402
> Cardiff by the Sea, CA 92007
> (760) 712-4281
> EIN 35-2241027
> Contact: Pamela Dixon, pdixon@worldprivacyforum.org

**2. LIST KEY STAFF WHO WILL BE RESPONSIBLE FOR MANAGING THE FUNDS, IF AWARDED:**

> Pamela Dixon, Executive Director

**3. FUNDING AMOUNT REQUESTED:** *(State the dollar amount requested.)*

> $100,000

**4. SUMMARY DESCRIPTION OF APPLICANT:** *(In 200 words or less, describe applicant's organizational mission, most important accomplishment(s) in the last five years, and constituency served.)*

> **Mission:**
>
> The World Privacy Forum is a non-profit, non-partisan public interest research and consumer education group focused on conducting in-depth research and consumer education in the area of privacy. Our core mission is to conduct and publish substantive research that documents and analyzes key privacy issues and to provide robust consumer educational information and support. Our key focus is on health care privacy and technology.
>
> **Constituency:**
> Our key constituency is California consumers and patients. We also serve consumers nationally.

**Highlights**:

***Publication of medical ID Theft report and ongoing consumer education***: We published the first report on medical identity theft in 2006, and the first and most complete medical identity theft consumer guides to assist victims. WPF has assisted countless patients and consumers with this issue through our consumer education and assistance.

***Publication of A Patient's Guide to HIPAA and consumer education***: We published a highly regarded guide to HIPAA privacy written expressly for patients. It is the only such guide on the topic published today that focuses on consumer education.

***Co-Chair California Privacy and Security Advisory Board***: The WPF served as co-chair of the CalPSAB, a state-appointed, multi-stakeholder board tasked with improving the privacy and security of health records in an electronic environment.

***Publication of Electronic Health Record Privacy report and consumer education***: We published a significant report on Personal Health Records, and consumer education materials to assist patients in navigating this complex topic.

**5. DESCRIPTION OF PROPOSED PROJECT AND/OR USE OF FUNDS:** *(In 500 words or less, describe what you hope to achieve with this grant, how you will accomplish the work, any deliverables that will be produced, what the most important outcome(s) will be, and how you will measure those outcome(s).)*

**Grant goals and objectives:**

**California Health Information Exchange (HIE) Consumer Education Project**

The goal of this project is to educate and assist Californians to understand, identify, contact, and work with their medical records in California Health Information Exchanges by creating a substantial online, interactive California HIE privacy information clearinghouse for patients in California.

The online HIE privacy clearinghouse will:

1. Identify active HIEs in California, including giving the name, address, website, privacy policy, and phone number of the HIE.

2. Provide easy-to-understand examples of what an HIE is, how they operate, what they do, and explain the benefits as well as how to mitigate potential privacy risks.

3. Discuss and list what patient information is being exchanged. (Full or partial health files, pharmacy data, etc.)

4. Discuss and list where the patient information is being exchanged, and list the entities receiving the patient data. (All emergency rooms in a geographical area? All physicians in a particular town? Selected radiologists in the state? Etc.)

5. Link to the CalOHII information about California HIEs when available.

6. Provide privacy tipsheets for patients with records in California HIEs, with information about how CMIA and other California medical privacy laws work with HIEs.

**Methodology:**

To accomplish the goals and objectives of this project we will:

- Conduct detailed research to locate and analyze California HIEs in the public and private sector.
- Using the factual research, we will create an illustrated online consumer guide to show consumers step- by- step what an HIE is, where HIEs are in California, where their medical files go in an HIE, and how to view and set their privacy settings in HIEs. We plan to make the guide interactive, informative, and consumer-friendly, as our Patient's Guide to HIPAA is.
- We will post the completed guide online, and will maintain it with active updates for two years.
- We will also create brief 30-second to 1-minute videos to be posted within the online guide to illustrate key points, such as explaining how information flows through an HIE.
- The guide will be disseminated on the World Privacy Forum web site, and we will encourage links from other non-profits, state agencies, and health care providers.

**Deliverables:**

- California HIE guide (Guide will be substantive, interactive, and will be posted online.)
- 30 to 60 second consumer education videos on HIE basics for Californians
- Privacy tipsheets for Californians regarding HIEs (one-page tipsheets to be posted online and printable.)

**Key Outcomes:**

California patients will:
- Have an online HIE information clearinghouse dedicated to California HIE information available to them.
- Have an increased awareness of what an HIE is.
- Have the ability to readily locate HIEs in their area and contact them for more information.
- Have HIE privacy-specific information available to them easily and in one easy-to- use site.
- California patients with limited reading skills will have video information that assists them in understanding HIEs.

**Outcome measurement:**

We will monitor and assess the effectiveness of the project by the following measures:

- Web traffic to the HIE materials will be measured to:
    - Assess overall access rates of the HIE clearinghouse
    - Determine which HIE materials patients access the most
    - Assess the percentage of Californians accessing the materials
    - Flag materials that are not as useful to Californians (low access)
- Consumer feedback forms will be placed on various popular areas of the HIE clearinghouse to encourage feedback.
- A selection of consumers who write with questions will be asked to take a survey to assess the HIE site effectiveness in terms of communication, page flow, effectiveness, helpfulness, and other aspects.
- A selection of California HIEs will be selected to review the HIE privacy site at regular intervals for accuracy, helpfulness to California patients, and suggestions for improvements.

## 6. DESCRIBE HOW THE APPLICANT'S PROPOSED PROJECT AND/OR USE OF FUNDS WILL PROMOTE PATIENT/MEDICAL PRIVACY IN CALIFORNIA:
*(200 words or less.)*

This proposed project promotes Californians' medical privacy by providing consumer education regarding Health Information Exchanges in California. Currently, a neutral, factual educational HIE guide such as what we are proposing does not exist for California patients. If a California patient wanted to find out where an active HIE in their area existed, it would be nearly impossible unless they were a privacy expert involved with HIE medical privacy in California. If a patient wanted to find out if their specific medical records were in an HIE, they would have a very difficult time discovering that information, or even locating HIEs. While various articles, consumer groups, and even the state of California have discussed the importance of privacy and electronic health information exchanges, there is not an easy to access, neutral, or specifically designated site for California consumers to find this information.

With HIEs finally going live now, we believe this consumer education and research is absolutely essential. This guide to California HIEs is much needed and will be an important addition to consumer education in the state. Californians need to know where the California HIEs are in the state, how to access their records in HIEs, change HIE privacy settings, how to contact the relevant HIE, and need information about where and how to locate the privacy policies of the HIE.

## 7. WHAT IS YOUR ORGANIZATIONAL BUDGET FOR THE CURRENT YEAR?

$150,000

## 8. ATTACHMENTS: *(Attach a copy of the following document(s).)*

☐ The organization's tax status determination letter from the I.R.S.

☐ Summary page only (Parts I and II) of the organization's most recently-filed I.R.S. Form 990 (Return of Organization Exempt from Income Tax).

☐ *OPTIONAL.* You may attach up to an additional two (2) pages of material in support of this application.

I certify that the information contained herein and any attachments hereto are true and correct. I further certify that I authorized this application and that, should the requested funds be awarded, the organization is committed to the completion of the projects and/or use of the funds as described herein. I understand that the amount awarded may vary from the amount requested by up to three percent (3%), which will not affect the organization's ability to complete the project(s) as described. I also understand that this application and any attachments hereto may be disclosed to the Court and may become part of the public record.

DATED: _June 16, 2011_ 　　　　　 _Pam Dixon_
　　　　　　　　　　　　　　　　　　 **Applicant's Executive Officer**

　　　　　　　　　　　　　　　　__Pam Dixon_____
　　　　　　　　　　　　　　　　*(print or type name of Applicant's Executive Officer)*

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH  45201

DEPARTMENT OF THE TREASURY

Date:   MAY 3 1 2005

WORLD PRIVACY FORUM
2033 SAN ELIJO AVE STE 402
CARDIFF BY THE SEA, CA  92007

Employer Identification Number:
  35-2241027
DLN:
  17053328009044
Contact Person:
  JACK D NEITZEL                    ID# 95127
Contact Telephone Number:
  (877) 829-5500
Accounting Period Ending:
  December 31
Public Charity Status:
  170(b)(1)(A)(vi)
Form 990 Required:
  Yes
Effective Date of Exemption:
  November 9, 2004
Contribution Deductibility:
  Yes
Advance Ruling Ending Date:
  December 31, 2008

Dear Applicant:

We are pleased to inform you that upon review of your application for tax
exempt status we have determined that you are exempt from Federal income tax
under section 501(c)(3) of the Internal Revenue Code.  Contributions to you are
deductible under section 170 of the Code.  You are also qualified to receive
tax deductible bequests, devises, transfers or gifts under section 2055, 2106
or 2522 of the Code.  Because this letter could help resolve any questions
regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified
as either public charities or private foundations.  During your advance ruling
period, you will be treated as a public charity.  Your advance ruling period
begins with the effective date of your exemption and ends with advance ruling
ending date shown in the heading of the letter.

Shortly before the end of your advance ruling period, we will send you Form
8734, Support Schedule for Advance Ruling Period.  You will have 90 days after
the end of your advance ruling period to return the completed form.  We will
then notify you, in writing, about your public charity status.

Please see enclosed Information for Exempt Organizations Under Section
501(c)(3) for some helpful information about your responsibilities as an exempt
organization.

If you distribute funds to other organizations, your records must show whether
they are exempt under section 501(c)(3).  In cases where the recipient
organization is not exempt under section 501(c)(3), you must have evidence the
funds will be used for section 501(c)(3) purposes.

Letter 1045 (DO/CG)

-2-

WORLD PRIVACY FORUM

If you distribute funds to individuals, you should keep case histories showing
the recipient's name and address; the purpose of the award; the manner of
selection; and the relationship of the recipient to any of your officers,
directors, trustees, members, or major contributors.

Sincerely,

Lois G. Lerner
Director, Exempt Organizations
Rulings and Agreements

Enclosures: Information for Organizations Exempt Under Section 501(c)(3)

Letter 1045 (DO/CG)

Form **990**

Department of the Treasury
Internal Revenue Service

### Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code
(except black lung benefit trust or private foundation)

► The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047

**2009**

Open to Public Inspection

**For the 2009 calendar year, or tax year beginning** _____ **, 2009, and ending** _____

| | |
|---|---|
| **B** Check if applicable: | |
| ☐ Address change | |
| ☐ Name change | |
| ☐ Initial return | |
| ☐ Termination | |
| ☐ Amended return | |
| ☐ Application pending | |

Please use IRS label or print or type. See specific Instructions.

**C** Name of organization WORLD PRIVACY FORUM

Number and street (or P.O. box if mail is not delivered to street addr) 2033 SAN ELIJO   Room/suite 402

City, town or country CARDIFF BY THE SEA   State CA   ZIP code + 4 92007

**D** Employer Identification Number 35-2241027

**E** Telephone number (760) 436-2489

**G** Gross receipts $ 30,000.

**F** Name and address of principal officer: PAMELA DIXON 2033 #402 SAN ELIJO AVE CARDIFF   CA 92007

**H(a)** Is this a group return for affiliates? ☐ Yes ☒ No
**H(b)** Are all affiliates included? ☐ Yes ☐ No
If 'No,' attach a list. (see instructions)

**I** Tax-exempt status ☒ 501(c) ( 3 ) ◄ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ► WORLDPRIVACYFORUM.ORG

**H(c)** Group exemption number ►

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other► | **L** Year of Formation: 2004 | **M** State of legal domicile: CA

## Part I | Summary

**1** Briefly describe the organization's mission or most significant activities: PUBLIC INTEREST RESEARCH CONSUMER EDUCATION AND ASSISTANCE TO CONSUMERS

**2** Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its assets.

| | | |
|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 5 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 5 |
| **5** Total number of employees (Part V, line 2a) | **5** | |
| **6** Total number of volunteers (estimate if necessary) | **6** | 12 |
| **7a** Total gross unrelated business revenue from Part VIII, Icolumn (C), ine 12 | **7a** | |
| **b** Net unrelated business taxable income from Form 990-T, line 34 | **7b** | |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) | 279,300. | 30,000. |
| **9** | Program service revenue (Part VIII, line 2g) | | |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | |
| **12** | Total revenue — add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 279,300. | 30,000. |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) | | |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 36,000. | 36,000. |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) | | |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ► 0. | | |
| **17** | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24f) | 39,088. | 32,460. |
| **18** | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 75,088. | 68,460. |
| **19** | Revenue less expenses. Subtract line 18 from line 12 | 204,212. | -38,460. |

| | | Beginning of Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) | 681,170. | 642,710. |
| **21** | Total liabilities (Part X, line 26) | | |
| **22** | Net assets or fund balances. Subtract line 21 from line 20 | 681,170. | 642,710. |

## Part II | Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

► _____ Signature of officer   Date

► _____ Type or print name and title.   EXECUTIVE DIRECTOR

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ► MICHELE RILEY CPA | Date 03/07/10 | Check if self-employed ► ☒   Preparer's identifying number P00572695 |
| Firm's name (or yours if self-employed), address, and ZIP + 4 | MICHELE RILEY CPA   535 N HIGHWAY 101 SUITE C   SOLANA BEACH   CA 92075-1174 | EIN ► 33-0387503   Phone no. ► (858) 755-1455 |

May the IRS discuss this return with the preparer shown above? (see instructions) ☒ Yes ☐ No

**BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**   TEEA0101 07/30/09   Form **990** (2009)

**Exhibit 7**

# PROPOSED CY PRES RECIPIENT FUNDING REQUEST

*Rodriguez et al. v. NDCHealth Corporation et al.*

U.S. District Court, Central District of California, Case No. CV 10-3522-VBF (FMOx)

1. ORGANIZATION CONTACT INFORMATION: *(Include name of organization, address, telephone, fax and EIN (do not include any SS#). Also include name of the primary contact person for the application and their email address.)*

> Rose Foundation for Communities and the Environment
> 6008 College Avenue, Suite 10
> Oakland, CA 94618
> Phone: 510-658-0702
> Fax: 510-658-0732
> EIN Number: 94-3179772

2. LIST KEY STAFF WHO WILL BE RESPONSIBLE FOR MANAGING THE FUNDS, IF AWARDED:

> Tim Little, Executive Director
> Karla James, Program Officer for Consumer Privacy Rights Fund

3. FUNDING AMOUNT REQUESTED: *(State the dollar amount requested.)*

> $900,000
>
> The administrative fee that the Rose Foundation will charge is 8% for a grant of $500,001 - $1,500.000. This fee is comprehensive – in addition to directly funding all grant administration and follow-up tracking and reporting, it also helps defray our annual audit, IRS and state charitable tax return filings, and other related program administration and general foundation overhead.

4. SUMMARY DESCRIPTION OF APPLICANT: *(In 200 words or less, describe applicant's organizational mission, most important accomplishment(s) in the last five years, and constituency served.)*

> The Rose Foundation for Communities and the Environment is a grantmaking public charity. Its mission is to raise funds to support worthy environmental and consumer protection projects. Since 1992 it has raised and disbursed almost $16 million dollars in support to over 1,000 important environmental and consumer protection projects.

Rose grantmaking is primarily enabled by court-ordered restitution payments or re-granting relationships with other foundations. Restitution funds are awarded by the courts. Rose is a neutral third party and trustee – administering the funds as grants for specific, designated purposes described in each settlement.

Rose specializes in supporting environmental, public health and consumer protection projects. Since 2002 we have received 10 major privacy cy pres settlements, which makes us the nation's leading grantmaker in support of consumer privacy rights, by awarding over $4.2 million in privacy-related grants. See our grants database at: http://rosefdn.org/grantsdatabase.

Rose received the 2010 *Champion of Freedom* award from the Electronic Privacy Information Center for its grantmaking support of consumer privacy organizations across the United States. We have also sponsored major conferences on consumer privacy issues, including the 2009 *Future of Privacy Rights* conference – a convening of national privacy activists and scholars, and the *California Consumer Privacy Symposium*.

5. DESCRIPTION OF PROPOSED PROJECT AND/OR USE OF FUNDS: *(In 500 words or less, describe what you hope to achieve with this grant, how you will accomplish the work, any deliverables that will be produced, what the most important outcome(s) will be, and how you will measure those outcome(s).)*

The Rose Foundation will disburse the NDC Health cy pres funds entrusted to us through a competitive and transparent grants process designed to select the most strategic proposals and well-qualified organizations from a large applicant pool of California-based organizations and national groups with a strong California focus. All cy pres funds received shall be maintained in a dedicated internal fund that will be identified and tracked in our annual audit. We will hold the funds in trust, publicize the availability of funds, solicit and screen applications from qualified patient and medical privacy organizations, award and administer the grants, track grantee performance, hold grantees accountable for deliverables specified in grant contracts, and report to the parties and the court summarizing grant disbursements and conformance with the California medical/patient privacy nexus.

Scope of Allowable Projects and Proposals
- Proposals must relate to patient privacy and/or medical privacy issues only.
- All work must be conducted in California.
- None of the grant funds may be expended on lobbying or litigation.
- It is anticipated that eligible projects may encompass, but not be limited to, the following activities and/or issues: research, policy development,

direct services, public education, medical identity theft, genetic information, and/or the confidentiality of medical or patient records.

Outline of Rose Foundation Work Plan

- Review our current database of privacy organizations to ensure we have a comprehensive list of California-focused 501(c)3 nonprofits working on medical and patient privacy issues.
- Broadly circulate a Request for Proposals (RFP). The RFP contains detailed application instructions. (A draft RFP is included as an attachment.)
- Respond to prospective applicant inquiries, and advise applicants on shaping their Letter of Inquiry (LOI).
- Review submitted LOIs. These are typically 3 pages and provide an overview of the applicant, their proposed project, and the funding request.
- Respond to LOIs. Encourage full proposals from well-qualified applicants with strategic ideas that closely conform to the medical/patient privacy nexus. Advise potential applicants whose LOIs illustrate potential, but may need guidance in designing a competitive proposal. Discourage applications from entities that are not well poised to submit a competitive or qualifying proposal.
- Respond to applicants during the proposal development process. At this stage, most applicants typically have specific questions about their proposed activities and/or structural requirements of the application process.
- Review full proposals. See attached draft RFP.
- Interview applicants to discuss their proposals in detail and check references.
- Forward eligible proposals to our Privacy Funding Board for their review and advice.
- Finalize grant decisions and award grants governed by binding grant contracts that identify specific deliverables and reporting requirements.
- Track grantee achievements to ensure that funds are spent properly post award. In addition to being a principal mechanism for holding grantees accountable for their performance, these reports provide an important history and context for repeat applications that may be funded through some future cy pres. Grant reports become part of our knowledge base that educates future grant decisions (just as past tracking educates our strategic disbursement of the NDCHealth cy pres).
- Report to the parties and the court regarding disbursement of grant funds and conformance with the nexus.

Outcomes
  1. Award grants to California-focused medical and patient privacy

nonprofits.
2. Track grantee accomplishments throughout the grant period.
3. Submit report to the parties and the court that summarizes grant activities and benefits to the class.

6. DESCRIBE HOW THE APPLICANT'S PROPOSED PROJECT AND/OR USE OF FUNDS WILL PROMOTE PATIENT/MEDICAL PRIVACY IN CALIFORNIA:
   *(200 words or less.)*

Rose specializes in supporting privacy rights, including medical and patient privacy issues. We maintain a database of privacy-related groups working throughout California and nationally. These groups will receive our Request for Proposal, specifically targeting groups working in California on medical privacy. These groups are at the forefront of developing state and federal policies to protect patient privacy rights and/or how to adapt patient/medical privacy to the digital age by developing sensible policies that protect online medical records and preserve patient privacy and confidentiality.

Some examples of past grantees working nationally on medical privacy issues include:
- Patient Privacy Rights Foundation works to ensure that electronic medical records are protected as Health IT implementation moves forward.
- Privacy Rights Clearinghouse created a fact sheet for consumers explaining how medical privacy issues are dealt with under HIPAA.
- The Council for Responsible Genetics created a *Genetic Privacy Manual* to help consumers understand their rights regarding genetic privacy, especially with the proliferation of direct to consumer genetic testing.
- Identity Theft Resource Center created fact sheets on how to respond to various forms of medical identity theft, how to correct misinformation on medical records, and also offers no-cost victim assistance via telephone.

7. WHAT IS YOUR ORGANIZATIONAL BUDGET FOR THE CURRENT YEAR?

2011 Budget: $2,964,447

**8. ATTACHMENTS:** *(Attach a copy of the following document(s).)*

☑ The organization's tax status determination letter from the I.R.S.

☑ Summary page only (Parts I and II) of the organization's most recently-filed
I.R.S. Form 990 (Return of Organization Exempt from Income Tax).

☑ *OPTIONAL.* You may attach up to an additional two (2) pages of material in support of
this application.

I certify that the information contained herein and any attachments hereto
are true and correct. I further certify that I authorized this application and that,
should the requested funds be awarded, the organization is committed to the
completion of the projects and/or use of the funds as described herein. I
understand that the amount awarded may vary from the amount requested by up
to three percent (3%), which will not affect the organization's ability to complete
the project(s) as described. I also understand that this application and any
attachments hereto may be disclosed to the Court and may become part of the
public record.

DATED: 6/17/10

_____
Applicant's Executive Officer

Jill Ratner, President
*(print or type name of Applicant's Executive Officer)*

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
P. O. BOX 2508
CINCINNATI, OH 45201

DEPARTMENT OF THE TREASURY

Date:   DEC 0 3 1997

ROSE FOUNDATION FOR COMMUNITIES
AND THE ENVIRONMENT
C/O JILL RATNER
6008 COLLEGE AVE STE 10
OAKLAND, CA 94618-1382

Employer Identification Number:
    94-3179772
DLN:
    17053312794007
Contact Person:
    D. A. DOWNING
Contact Telephone Number:
    (513) 241-5199

Our Letter Dated:
    July 1993
Addendum Applies:
    No

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(a) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Because this letter could help resolve any questions about your private foundation status, please keep it in your permanent records.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely yours,

District Director

Letter 1050 (DO/CG)

Form **990**

Department of the Treasury
Internal Revenue Service

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047

**2009**

**Open to Public Inspection**

**A** For the 2009 calendar year, or tax year beginning _____ and ending _____

| **B** Check if applicable: | Please use IRS label or print or type. | **C** Name of organization | | **D** Employer identification number |
|---|---|---|---|---|
| ☐ Address change | | THE ROSE FOUNDATION FOR COMMUNITIES | | |
| ☐ Name change | | Doing Business As AND THE ENVIRONMENT | | 94-3179772 |
| ☐ Initial return | See Specific Instruc- tions. | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | **E** Telephone number |
| ☐ Termin- ated | | 6008 COLLEGE AVENUE, SUITE 10 | | 510-658-0702 |
| ☐ Amended return | | City or town, state or country, and ZIP + 4 | | **G** Gross receipts $ 2,840,506. |
| ☐ Applica- tion pending | | OAKLAND, CA 94618 | | **H(a)** Is this a group return |
| | | **F** Name and address of principal officer: TIM LITTLE | | for affiliates? ☐ Yes ☒ No |
| | | 6008 COLLEGE AVENUE, STE 10, OAKLAND, CA 94 | | **H(b)** Are all affiliates included? ☐ Yes ☐ No |

**I** Tax-exempt status: ☒ 501(c) ( 3 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

If "No," attach a list. (see instructions)

**J** Website: ▶ WWW.ROSEFDN.ORG

**H(c)** Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶

**L** Year of formation: 1992 **M** State of legal domicile: CA

### Part I Summary

| | | | | |
|---|---|---|---|---|
| **Activities & Governance** | 1 | Briefly describe the organization's mission or most significant activities: TO ENCOURAGE ENVIRONMENTAL AND COMMUNITY STEWARDSHIP BY SUPPORTING CHARITABLE AND EDUCATIONAL | | |
| | 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| | 3 | Number of voting members of the governing body (Part VI, line 1a) | **3** | 8 |
| | 4 | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 6 |
| | 5 | Total number of employees (Part V, line 2a) | **5** | 7 |
| | 6 | Total number of volunteers (estimate if necessary) | **6** | 0 |
| | 7a | Total gross unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0. |
| | b | Net unrelated business taxable income from Form 990-T, line 34 | **7b** | 0. |

| | | | **Prior Year** | **Current Year** |
|---|---|---|---|---|
| **Revenue** | 8 | Contributions and grants (Part VIII, line 1h) | 4,668,602. | 2,767,041. |
| | 9 | Program service revenue (Part VIII, line 2g) | | |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 91,542. | 66,480. |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 13,715. | <949.> |
| | 12 | Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 4,773,859. | 2,832,572. |
| **Expenses** | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 3,608,767. | 2,769,451. |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 391,603. | 437,136. |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ▶ 138,747. | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24f) | 117,588. | 130,028. |
| | 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 4,117,958. | 3,336,615. |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | 655,901. | <504,043.> |

| | | | **Beginning of Current Year** | **End of Year** |
|---|---|---|---|---|
| **Net Assets or Fund Balances** | 20 | Total assets (Part X, line 16) | 4,626,900. | 3,742,733. |
| | 21 | Total liabilities (Part X, line 26) | 1,456,877. | 1,062,387. |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 | 3,170,023. | 2,680,346. |

### Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ▶ | Signature of officer | | Date |
|---|---|---|---|---|
| | ▶ | TIM LITTLE, EXECUTIVE DIRECTOR | | |
| | | Type or print name and title | | |

| Paid Preparer's Use Only | Preparer's signature ▶ | DAVID SIMON CPA | Date 11/12/10 | Check if self- employed ▶ ☐ | Preparer's identifying number (see instructions) |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP + 4 ▶ | HENRY C. LEVY & CO., CPAS, PROF. CORP. 5940 COLLEGE AVENUE OAKLAND, CA 94618 | | EIN ▶ Phone no. ▶ 510-652-1000 | |

May the IRS discuss this return with the preparer shown above? (see instructions)    ☒ Yes ☐ No

932001 02-04-10    LHA **For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**    Form **990** (2009)

SEE SCHEDULE O FOR ORGANIZATION MISSION STATEMENT CONTINUATION

# T H E   R O S E   F O U N D A T I O N

### F o r   C o m m u n i t i e s   &   t h e   E n v i r o n m e n t

# Request for Proposals
## Rose Foundation Consumer Privacy Rights Fund
### *Rodriguez et al. v. NDCHealth Corporation et al.* Cy Pres Fund
U.S. District Court, Central District of California, Case No. CV 10-3522-VBF (FMOx)
## *Internal draft – for review only – do not circulate*

## Purpose of the Fund
To support projects that relate to patient privacy or medical privacy issues in California.

## Eligibility Criteria *(Applicant must meet all criteria)*
- The applicant must demonstrate significant past expertise in privacy-related services, research, privacy-related education, and/or privacy-related policy development.
- The applicant must be a 501(c)(3) non-profit. Fiscally sponsored organizations are not eligible.
- Funds may not be used to support litigation or lobbying activities.

## Scope of Allowable Projects and Proposals
- Proposals must relate to patient privacy and/or medical privacy issues only.
- All work must be conducted in California.
- None of the grant funds may be expended on lobbying or litigation.
- It is anticipated that eligible projects may encompass, but not be limited to, the following activities and/or issues: research, policy development, direct services, public education, medical identity theft, genetic information, and/or the confidentiality of medical or patient records.

It is anticipated that the application process will be highly competitive. Proposals of $XXXXX to $XXXXX will be considered.

## Application Process
### 1) Submit Letter of Inquiry
All interested applicants must submit a letter or inquiry as an initial step. This letter allows the Rose Foundation to determine if the proposal appears to be a good fit for the fund. The letter of inquiry may be submitted by either email or regular mail. The letter of inquiry should be no longer than three pages, and should concisely describe each of the following:
- Project: What do you propose to do and how will you do it? When will the work be done? What outcome(s) do you want to achieve?
- Strategy: Why is this project important from an overall standpoint? How does it fit in with other environmental stewardship initiatives?
- Funding: What is the total budget for the project? How much are you seeking from the Rose Foundation? What other funders are you approaching? What is your group's overall budget?
- Organization: Profile the organization requesting funds. What are your major programs? What are the group's significant achievements over the past few years?

## 2) Invited Proposals

Proposals will be invited based on the letters of inquiry. Uninvited proposals will not be considered. All proposals must contain the following:

a) Cover Sheet: All proposals must have a cover sheet with the following information:

- **Name of applicant organization and full contact information for the applicant.** Include name of the primary contact person for the application, address, telephone, fax, email and EIN.
- **Specific funding request.** This request must state the dollar amount of the request.
- **One paragraph summary description of the applicant.** Describe applicant's organizational mission, most important accomplishment(s) in the last five years, and constituency served.
- **One - Two paragraph summary description of the proposed project.** What do you hope to achieve with this grant, how will you accomplish the work, and what will be the most important outcome(s)?
- **The cover sheet must be signed by the applicant's Executive Officer**, certifying his/her authorization of the application and commitment to complete the project, if funded.

b) Narrative: *(5 pages maximum).*

Briefly describe the applicant organization, its mission and objectives, current activities and recent accomplishments. Provide a detailed description of the proposed project. Identify the specific outcomes you hope to achieve, and any deliverables that would be produced with grant funds.

c) Attachments: *Please label each item with the applicant organization's name.*

- Overall project budget.
- Organizational budget for the current year.
- Income/expense statement and balance sheet for the most recently completed fiscal year.
- List of primary funders. Include the top three funders for the most recently completed year, as well as any other primary funders for the proposed project (indicating their status as committed, pending, or projected).
- Description of lead project staff.
- Board of directors roster showing the primary affiliations of each board member (affiliations listed for identification purposes only).
- Describe how you will measure and evaluate progress towards the specified outcomes.
- IRS 501(c)(3) determination letter.
- *(optional)* Press clippings or other material describing the organization and key past accomplishments (limit 2).
- *(optional)* Letters of reference (limit 2).

## Send Letter of Inquiry and Proposals To:

The deadline for letters of inquiry is: DATE XXXXXXX

The deadline for invited full proposals is: DATE XXXXXXX

Letters of inquiry and/or full proposals maybe sent by either regular mail or email.

> By mail:
> Rose Foundation for Communities and the Environment
> Consumer Privacy Rights Fund
> 6008 College Ave., Ste. 10
> Oakland, CA 94618
>
> By email:
> grants@rosefdn.org

2