JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEMETRIA RODRIGUEZ, et al.,

    Plaintiffs,

  vs.

NDCHEALTH CORPORATION, et al.,

    Defendants.

Case No.: CV 10-3522-VBF (FMOx)

**CLASS ACTION**

**[PROPOSED] JUDGMENT**

///
///
///

# JUDGMENT

In the matter of *DEMETRIA RODRIGUEZ ET AL. v. NDCHEALTH CORPORATION ET AL.*, United States District Court, Central District of California, Case Number CV 10-3522-VBF.

WHEREAS, on January 12, 2011, this Court granted preliminary approval to the settlement of this action (Dkt. 84); and

WHEREAS, on June 27, 2011, this Court granted final approval to the settlement of this action (Dkt. 109); and

WHEREAS, on June 27, 2011, this Court approved the proposed settlement fund (cy pres) recipients (Dkt. 108); and

WHEREAS, on June 27, 2011, this Court granted the motion for an award of attorneys' fees and costs to class counsel (Dkt. 110).

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED:

1. The class action litigation filed in this Court on behalf of the class against the defendants NDCHealth Corporation and McKesson Corporation, Case No. CV 10-3522-VBF, together with all claims asserted therein, whether asserted by plaintiffs on their own behalf or on behalf of the class, is hereby DISMISSED in its entirety, with prejudice.
2. Judgment is hereby entered in accordance with the Court's Order Granting Motion for Final Approval of Class Action Settlement on June 27, 2011 (Dkt. 109).
3. Without affecting the finality of this Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named plaintiffs, the class, and the defendants for the purposes of supervising the implementation, enforcement,

construction and interpretation of the settlement, and all orders and judgments entered in connection therewith.

This case is closed and all future dates are taken off calendar.

IT IS SO ORDERED.

Date: 6-30-11 _____
**United States District Court Judge
Honorable Valerie Baker Fairbank**