# Privacy Rights Clearinghouse
## Empowering Consumers. Protecting Privacy.

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

February 5, 2014

Honorable Valerie Baker Fairbank
United States District Court Judge
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Re: *Demetria Rodriguez, et al., v. NDCHealth Corporation, et al.,*
Case No.: CV 10-3522-VBF (FMOx) 

Dear Judge Fairbank:

On June 27, 2011, a Supplemental Order Approving Proposed Settlement Fund (Cy Pres) Recipients was entered in the above-entitled case. Pursuant to that Order Privacy Rights Clearinghouse ("PRC") received a *cy pres* award of funds remaining after distribution of funds to the settlement class.

At the time of that award, PRC was under the 501(c)(3) public charity, nonprofit, tax exempt status of its parent organization, Utility Consumers Action Network, Inc. ("UCAN"). Since that time, Beth Givens, a privacy rights expert and the PRC Executive Director for the past 21 years, established Privacy Rights Clearinghouse as a separate nonprofit organization recognized by the Internal Revenue Service as a 501(c)(3) tax exempt public charity. UCAN and Privacy Rights Clearinghouse have agreed that UCAN will transfer all of the PRC staff, operations, and assets, including any unexpended funds from the *cy pres* award, to Privacy Rights Clearinghouse. This letter is to provide you with notice of that transfer and again express our gratitude for the award.

Beth Givens will continue to lead Privacy Rights Clearinghouse as it continues PRC's same activities of providing a unique voice to advance consumers' informational privacy interests through information, education and advocacy. Accordingly, the unexpended funds from the *cy pres* award will be used for the same purpose as when initially awarded and will continue to be supervised by Ms. Givens. We believe this structure not only assures continuity of this valuable consumer resource, but also allows the privacy rights activities to be concentrated in an entity whose sole focus is consumers' privacy rights and interests.

Sincerely,

Beth Givens
PRC, Executive Director
Privacy Rights Clearinghouse, President

Donald Kelly
Utility Consumers Action Network, Inc.
Executive Director


cc: Armond Marcarian, Esq.
    Marc L. Mcculloch, Esq.
    David M. Walsh, Esq.
    Grace A. Carter, Esq.

[6187.001v1/011114]